ACCEPTED
01-14-000563-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/20/2015 5:07:56 PM
CHRISTOPHER PRINE
CLERK

# CAUSE NO. 01-14-000563-CV
# IN THE COURT OF APPEALS
# FIRST COURT OF APPEALS DISTRICT
# HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/20/2015 5:07:56 PM
CHRISTOPHER A. PRINE
Clerk

**JERRY VALDEZ,**
    **Appellant**

**vs.**

**BRUCE ROBERTSON, JR.,**
    **Appellee**

---

## APPEALED FROM PROBATE COURT NUMBER TWO
## BEXAR COUNTY, TEXAS
## TRIAL COURT NO. 2008-PC-3026
## HONORABLE JOHN A. HUTCHISON, III, TRIAL JUDGE

---

## APPELLANT'S AMENDED BRIEF

---

**ARMANDO TREVINO**
**State Bar No. 20211100**
**1519 Washington St., Suite One**
**Laredo, Texas 78040-0544**
**Tel: (956) 726-1638**
**Email: armando_trevinolaw@hotmail.com**
**Attorney for Appellant**

CAUSE NO. 01-14-000563-CV
IN THE COURT OF APPEALS
FIRST COURT OF APPEALS DISTRICT
HOUSTON, TEXAS

JERRY VALDEZ,
    Appellant

vs.

BRUCE ROBERTSON, JR.,
    Appellee

APPEALED FROM PROBATE COURT NUMBER TWO
BEXAR COUNTY, TEXAS
TRIAL COURT NO. 2008-PC-3026
HONORABLE JOHN A. HUTCHISON, III, TRIAL JUDGE

APPELLANT'S AMENDED BRIEF

ARMANDO TREVINO
State Bar No. 20211100
1519 Washington St., Suite One
Laredo, Texas 78040-0544
Tel: (956) 726-1638
E-mail: armando_trevinolaw@hotmail.com
Attorney for Appellant

# IDENTITY OF PARTIES AND COUNSEL

| | |
|---|---|
| JERRY VALDEZ | Appellant |
| ARMANDO TREVINO<br>SBN 20211100<br>1519 Washington, Suite One<br>Laredo, Texas 78040<br>Tel: (956) 726-1638<br>Email: armando_trevinolaw@hotmail.com | Attorney for Appellant |
| BRUCE ROBERTSON, JR. | Appellee |
| BRUCE ROBERTSON, JR.<br>SBN 17078000<br>8100 Broadway, Suite 102<br>San Antonio, Texas 78209<br>Tel: (210) 225-4001<br>Fax: (210) 227-2417 | Attorney Pro Se |
| CLEMENS & SPENCER<br>GEORGE H. SPENCER, JR.<br>SBN 18821001<br>112 E. Pecan, Suite 1300<br>San Antonio, Texas 78205<br>Tel: (210) 227-7121<br>Fax: (210) 227-0732 | Attorneys for Appellee |

# INDEX OF AUTHORITIES

Page(s)

Cases

Allen v. Nesmith, ....................................................  15
525 S.W. 2d 963 (Tex. App. – Houston [1st Dist.] 1975
writ ref'd n.r.e. 531 S.W. 2d 330 (Tex. 1975)

Bank of Tex. V. Mexia, ....................................................  6
135 S.W. 3rd 356, 362 (Tex. App. – Dallas 2004, pet. denied)

Boyles v. Gresham, ....................................................  15
263 S.W. 2d 935 (Tex. 1954)

Brooks v. Northglen Ass'n, ....................................................  12
141 S.W. 3rd 138 (Tex. 2004)

Cooper v. Texas Gulf Indus., ....................................................  6, 7,
                                                                          10. 12
513 S.W. 2d 200 (Tex. 1947)

Cox v. Johnson, ....................................................  7
638 S.W. 2d 867 (Tex. 1982)

Jones v. LaFargue, ....................................................  10
758 S.W. 2d 320 (Tex. App. – Houston [14th Dist.] 1988, no writ

Laros v. Hartman, ....................................................  6
260 S.W. 2d 22 (Tex. 1947)

Long v. Thomason, ....................................................  6
202 S.W. 2d 212 (Tex. 1947)

Longoria v. Exxon Mobil Corp., ....................................................  8, 12
255 S.W. 3rd 174 (Tex. App. - San Antonio 2008, pet. denied)

Paradigm Oil, Inc. v. Retamco Operators, Inc., ....................................................  8
372 S.W. 3rd 177 (Tex. 2012)

# INDEX OF AUTHORITIES

Page(s)

### Cases

Pledger v. Schoellkopf, ........................................................ 8
762 S.W. 2d 145 (Tex. 1988)

Pulte v. Gregory, ............................................................... 10
629 S.W. 2d 919 (Tex. 1982)

Schott v. Oppenheimer, ........................................................ 8
344 S.W. 2d 250 (Tex. App. – San Antonio 1861, writ ref'd n.r.e.)

Simpson v. Afton  Oaks Civic Club, Inc., ..................................... 8
145 S.W. 3rd 169 (Tex. 2004)

Triestman v. Kilgore, ........................................................... 15
838 S.W. 2d 547 (Tex. 1992)

In re Estate of Wilson, ......................................................... 6
252 S.W. 3rd 708, 712 (Tex. App. – Texarkana 2008, no pet.)

Wojcik v. Wesolick, 97 S.W. 3rd 335 (Tex. App. – Houston [14th Dist.]     6, 7
2003, no pet.

### Statutes and Rules

Probate Code
    §3(r) ...................................................................... 3, 6,
                                                10, 14
    §10 ...................................................................... 3, 6
    §33 ...................................................................... 5, 7
    §59 ...................................................................... 6

# INDEX OF AUTHORITIES

Page(s)

Statutes and Rules

Rules of Civil Procedure
39 ......................................................................... 3, 5, 6, 7, 9 10-13
41 ......................................................................... 8, 12
93.2 and 93.4 ......................................................... 8

# TABLE OF CONTENTS

                                                                                    Page(s)

Title Page ................................................................................    ii

Identity of Parties and Counsel ...........................................    iii

Index of Authorities ......................................................    iv

Table of Contents .........................................................    vii

Statement of the Case .....................................................    1

Statement of Facts .......................................................    1

Issues Presented .........................................................    5

Summary of the Argument ................................................    6

Argument

    First Issue ...........................................................    7
    The Trial Court erred when it dismissed the application
    of JERRY VALDEZ to admit the Will of MARTHA
    JANE VALDEZ into probate.

    Second Issue ........................................................    13
    BRUCE ROBERTSON, JR. does not have standing to
    contest the application to admit the 1997 Will into
    probate.

    Third Issue .........................................................    14
    The Trial Court should have admitted the Will of
    MARTHA JANE VALDEZ because it met the
    requirements of Probate Code §59 for a self-proving Will
    and the Will was not being contested by anyone who had
    standing to contest the Will.

# TABLE OF CONTENTS

**Page(s)**

Prayer ................................................................. 15

Certificate of Service .................................................. 16

Certificate of Compliance ............................................... 17

Appendix

## STATEMENT OF FACTS

This case pertains to the probate of the estate of MARTHA JANE VALDEZ, who died on September 30, 2008, at the age of 98 and was survived by 12 children.

## DOROTHY MELLO's WILL CONTEST

On October 10, 2008, Appellant JERRY VALDEZ filed an application to probate the February 22, 1997, self-proving Last Will and Testament of MARTHA JANE and to be appointed Independent Executor of the Will (CR 36, App. *Exh. K*). VALDEZ is the principal beneficiary of MARTHA JANE's estate under the Will. DOROTHY H. MELLO, one of the surviving children, filed a contest to the Will through her then attorney Appellee BRUCE ROBERTSON, JR (App. *Exh. K*). A jury trial was held, at which DOROTHY, her sisters ANGIE CONTRERAS, and ESTELLA PEÑA, testified, as well as DEBBIE ZAMARRIPA, and GERALDINE SMITH, grandchildren of MARTHA JANE. Also present at the trial were OLIVIA VALDEZ, JESSE VALDEZ, JULIO VALDEZ and GEORGE VALDEZ, other children of MARTHA JANE (App. *Exh. K*). The jury returned a verdict sustaining DOROTHY H. MELLO's will contest, and JERRY VALDEZ appealed to the Fourth Court of Appeals in Cause No. 04-13-00854-CV. While the appeal was pending, DOROTHY H. MELLO discharged ROBERTSON and withdrew her contest to the Will. The Court of Appeals, after noting there was no opposition to the dismissal of DOROTHY's will contest dismissed the appeal (App. *Exh. K*).

1

## ROBERTSON's WILL CONTEST

Appellee ROBERTSON filed a contest to the Will and to the appointment of VALDEZ as Independent Executor (CR 42, App. *Exh. B*), saying that he had standing through a judgment he had obtained against MARTHA JANE's estate on December 23, 2009, in Cause No. 2007-PC-2303, Estate of MARTHA JANE VALDEZ, An Incapacitated Person, in Probate Court Number Two of Bexar County, Texas.

VALDEZ objected to the contest, pointing out that the December 23, 2009, was on appeal in the Fourteenth Court of Appeals under Cause No. 14-10-00323-CV and was not final. The Fourteenth Court of Appeals set aside the December 23, 2009, judgment and remanded the case for ROBERTSON to prove what attorney's fees, if any, he was owed by MARTHA JANE's estate (CR 79, App. *Exh. K*). Judge HUTCHISON entered an order that ROBERTSON had standing to contest the Will (App. *Exh. F*). On June 19, 2012, a final judgment was entered denying ROBERTSON's claim against the guardianship estate (CR 73, App. *Exh. G*), and ROBERTSON did not appeal.

ROBERTSON made a second attempt to obtain standing to contest the Will by filing a claim against Decedent's estate. The court-appointed temporary administrator denied the claim (App. *Exh. G*) and ROBERTSON then filed suit against the court-appointed administrator even though ROBERTSON, who is

2

board-certified and has vast experience in probate matters, knew that the court-appointed administrator was protected by statutory immunity. The administrator waived compensation and withdrew from the case. *In spite of all of the above Judge HUTCHISON continues to maintain that ROBERTSON has standing to contest the Will and to object to the appointment of VALDEZ as Independent Executor.*

## DISMISSAL OF THE APPLICATION

ROBERTSON wrote to the Trial Court and asked that the heirs of MARTHA JANE who had not been joined be made parties to the probate of the estate but did not file a plea in abatement. The Trial Court agreed and, ostensibly acting under the authority of Rule 39 Tex. R. Civ. Proc. Ann., ordered VALDEZ to join as parties all heirs of MARTHA JANE (CR 45, App. *Exh. C*). VALDEZ responded, saying that all of the heirs of MARTHA JANE were already parties pursuant to §§3(r), 10, 37 and 38 of the Probate Code and that he had already notified all of the living children of MARTHA JANE of his application to probate the estate and to admit the February 22, 1997, self-proving will into probate (CR 63, App. *Exh. D*). The Trial Court disagreed with the response of VALDEZ and dismissed the application to probate the 1997 Will on May 21, 2014 (CR 79, App. *Exh. E*).

## FAILURE TO APPROVE THE WILL

VALDEZ filed pleadings asking Judge HUTCHISON to admit the Will into probate, pointing out (1) that the Will met the requirements of Section 59 of the Probate Code for a self-proving Will, (2) none of the heirs of MARTHA JANE were contesting the Will and had even waived their rights to contest the Will, and (3) ROBERTSON did not have standing to contest the Will (CR 63, 69). The Trial Court refused the request by VALDEZ (CR 79, App. *Exh. K*).

## ISSUES PRESENTED FOR REVIEW

First Issue: The Trial Judge erred when he held that he had authority under Rule 39 of the Texas Rules of Civil Procedure to dismiss the application to probate the Will because Appellant had failed to join all of the heirs of MARTHA JANE VALDEZ as parties to the application. This case is governed by the Probate Code and under the unambiguous language of Tex. Prob. Code Ann §33, it was not necessary to join all heirs of the Decedent.

Second Issue: BRUCE ROBERTSON, JR. does not have standing to contest the application to admit the 1997 Will into probate.

Third Issue: The Trial Court should have admitted the Will of MARTHA JANE VALDEZ into probate because it met the requirements of Probate Code §59 for a self-proving will and the will was not being contested by anyone who had standing to contest the will.

## SUMMARY OF THE ARGUMENT

The Trial Court erred in dismissing the suit, which is a probate proceeding governed by Section 33(a) of the Probate Code and not by Rule 39 of the Texas Rules of Civil Procedure, and even then Rule 39(b) authorized the Court to retain jurisdiction of the case and to enter judgment as to the persons who were parties to the suit. See Wojcik v. Wesolick, 97 S.W. 3rd 335, 337-338 (Tex. App. – Houston [14th Dist.] 2003, no pet.) in which the Court held that the Probate Code did not require the joinder of all interested parties in will contests, and Rule 39 of the Texas Rules of Civil Procedure on joinder of parties needed for just adjudication did not apply because it conflicted with the unambiguous language of the Probate Code. See also In re Estate of Wilson, 252 S.W. 3rd 708, 712 (Tex. App. – Texarkana 2008, no pet.); Bank of Tex. v. Mexia, 135 S.W. 3rd 356, 362 (Tex. App. – Dallas 2004, pet. denied); Cooper v. Texas Gulf Indus., 513 S.W. 2d 200, 203 (Tex. 1947).

Appellee does not have standing to contest the Will. He is not an heir of Decedent, nor is he a confirmed creditor, therefore he does not meet the definition of an interest person as set out in Section 3(r) of the Probate Code nor does he meet the requirements of a contestant pursuant to Section 10 of the Probate Code as to persons entitled to contest probate proceedings. See Laros v. Hartman, 260 S.W. 2d 592, 595 (Tex. 1953); Long v. Thomason, 202 S.W. 2d 212, 215 (Tex. 1947).

6

The Trial Court had a ministerial duty to admit the 1997 Will into probate because (1) it met the requirements for a self-proving will and (2) no interested person was contesting the Will. See Probate Code §§10 and 59.

## ARGUMENT

**First Issue**: The Trial Judge erred when he held that he had authority under Rule 39 of the Texas Rules of Civil Procedure to dismiss the application to probate the Will because Appellant had failed to join all of the heirs of MARTHA JANE VALDEZ as parties to the application. This case is governed by the Probate Code and under the unambiguous language of Tex. Prob. Code Ann §33(a), it was not necessary to join all heirs of the Decedent as parties.

### Argument and Authorities

The Trial Judge erred when he held that Rule 39 of the Texas Rules of Civil Procedure Annotated authorized him to dismiss the application of Appellant to probate the Will (CR 45, 75, 79). This is a probate case and Article 33(a) of the Probate Code trumps Rule 39 Tex. R. Civ. Proc. because the unambiguous language of Tex. Prob. Code Ann. says it is not necessary to join any person as a party or give notice of probate proceedings unless the Texas Probate Code expressly so provides, and no provision of the Texas Probate Code expressly provides that will contestants must join or give notice to all will beneficiaries or any other parties. See Rule 39 Tex. R. Civ. Proc.; Art. 33(a) Texas Probate Code;

7

Wojcik v. Wesolick, 97 S.W. 3rd 335 (Tex. App. – Houston [14th Dist.] 2003, no pet.). See also Cooper v. Texas Gulf Indus., 513 S.W. 2d 200, 203 (Tex. 1947); Cox v. Johnson, 638 S.W. 2d 867, 868 (Tex. 1982); Simpson v. Afton Oaks Civic Club, Inc., 145 S.W. 3rd 169, 170 (Tex. 2004).

## PRECEDENTIAL VALUE

A panel adjudicating a case is bound by the precedent set in a prior opinion unless the prior opinion has been overruled by the Texas Supreme Court or by an en banc opinion of the same court of appeals. See Paradigm Oil, Inc. v. Retamco Operators, Inc., 372 S.W. 3rd 177, 185 (Tex. 2012). *A fortiori*, Trial Judges, attorneys and litigants are required to abide by the decisions of the Fourth Court of Appeals in cases tried within the Fourth Court of Appeals District. See Longoria v. Exxon Mobil Corp., 255 S.W. 3rd 174, 180 (Tex. App. – San Antonio 2008, pet. denied); Schott v. Oppenheimer, 344 S.W. 2d 250, 251 (Tex. App. – San Antonio 1961, writ ref'd n.r.e.) (defining persons who are interested in an estate as heirs).

### No Plea In Abatement

Assuming *arguendo* that Appellee ROBERTSON had standing, he failed to file a plea in abatement. When a party complains that there has been a misjoinder of parties such as the failure to join an indispensable party, a verified plea in abatement must be filed. See Rules 41, 93.2, 93.4 of the Texas Rules of Civil Procedure; Pledger v. Schoellkopf, 762 S.W. 2d 145, 146 (Tex. 1988).

8

When VALDEZ filed his second application to admit the 1997 Will into probate, ROBERTSON filed his amended contest of the Will and asked the Court to order VALDEZ to join all the heirs of MARTHA JANE as parties (CR 42). The Court agreed and entered an order saying that it was acting under the authority of Rule 39 of the Texas Rules of Civil Procedure and ordered Appellant to join all of the heirs of MARTHA JANE as parties (CR 45, App. *Exh. C*). VALDEZ responded by saying: (1) all of the heirs of MARTHA JANE were already parties by virtue of Sections 3(4), 10, 37 and 38 of the Probate Code; (2) he had on various occasions served all of the living children of MARTHA JANE with a copy of the 1997 Will and of his application to probate the Will; (3) DOROTHY H. MELLO had filed a contest to the Will and had appeared at a jury trial with several of her siblings in support of the Will Contest but had subsequently withdrawn her contest to the Will and the Court of Appeals, noting there was no opposition, had dismissed the contest to the Will (App. *Exh. K*); and (4) cited Rule 39 and Supreme Court and Court of Appeals cases proving that the Trial Court did not have authority to dismiss the application (CR 63, App. *Exh. D*).

A judicious review of the legal authorities applicable to the case readily discloses that the Trial Court did not have the authority to dismiss the application to probate the Will. If the 1997 Will is valid, JERRY VALDEZ is the main beneficiary of the estate. If the Will is invalid, the children (or their survivors) are

9

entitled to an equal share of the estate under Section 38 of the Probate Code. An allegation of a Constitutional violation is reviewed from a Constitutional perspective and not through an abuse of discretion standard.

## RULE 39

Neither the Rules of Civil Procedure nor the Probate Code allow a Trial Court to dismiss the application to probate the Will upon the Trial Court's whim or fancy, and the Court misapplied Rule 39 when it dismissed the application of VALDEZ. It is not necessary that all of the heirs of MARTHA JANE be made parties. See Cooper v. Texas Gulf Indus., 513 S.W. 2d 200, 203 (Tex. 1974); Pulte v. Gregory, 629 S.W. 2d 919, 920 (Tex. 1982); Jones v. La Fargue, 758 S.W. 2d 320, 324 (Tex. App. – Houston [14th Dist.] 1988, no writ).

There are several equally valid reasons that prove the Trial Court committed reversible error when it dismissed the lawsuit:

Reason No. 1: The dismissal violated Article 1, Section 13 and 19 of the Texas Constitution by denying to JERRY VALDEZ and his siblings open access to a Texas Court and by denying them due process of law in denying them this right to whatever property they are entitled to receive from Decedent's Estate.

Reason No. 2: All of the heirs of MARTHA JANE were already parties as a matter of law pursuant to §3(r) of the Probate Code.

10

Reason No. 3: All of the children of MARTHA JANE named in the Will were already parties as a matter of law under §37 of the Probate Code if the Will is valid.

Reason No. 4: All of the heirs of MARTHA JANE are parties as a matter of law pursuant to §38 of the Probate Code if it is determined that MARTHA JANE died intestate.

Reason No. 5: DOROTHY H. MELLO and all of the other children of MARTHA JANE who have made an appearance whether at the original will contest of DOROTHY H. MELLO or at any other time are already parties.

Reason No. 6: All of the children of MARTHA JANE who have been served with a notice of the will contest by JERRY VALDEZ are already parties.

Reason No. 7: The Trial Court violated and ignored Rule 39(a) of the Texas Rules of Civil Procedure that says in relevant part: "If (a person to be joined has not been joined) the court shall order that he be made a party." The language is clear, unambiguous, and places the burden on the Trial Court to order the joinder. All it would have taken was an order signed by the Trial Court – which already had the names and addresses of all the children of decedent – to enter an order saying that they were now joined as parties and for the Clerk of the Probate Court to serve each of them with a copy of the order. There is nothing in §39(a) which says that the court shall order the plaintiff, the applicant, or any contestant to join all the

11

other children of Decedent as parties. See Rule 39(a) Tex. R. Civ. Proc.; Rule 41 Tex. R. Civ. Proc. ("Misjoinder of parties is not ground for dismissal of an action"); Brooks v. Northglen Ass'n, 141 S.W. 3rd 158, 162 (Tex. 2004); Cooper v. Texas Gulf Indus., 513 S.W. 2d 200, 204 (Tex. 1974); Longoria v. Exxon Mobil Corp., 255 S.W. 3rd 174, 180 (Tex. App. – San Antonio 2008, pet. denied).

Reason No. 8: Whether from lack of interest, desire to avoid litigation, ill health, penury, or agreement to have the will probated, no child of MARTHA JANE is contesting the Will.

Reason No. 9: Instead of dismissing the suit, the Trial Court should have honored and abided by the spirit, letter and intent of Rules 39(b) and 41 of the Texas Rules of Civil Procedure and should have pursued the resolution of VALDEZ to admit the Will into probate. Instead of dismissing the suit the Trial Court should have determined in equity and good conscience to proceed among the parties already before it. See Brooks, Cooper, and Longoria, supra.

The Court of Appeals should set aside the order of dismissal and remand the case for further proceedings to determine the validity of the Will and to probate Decedent's Estate and settle the estate.

## Conclusion As To Issue Number One

The Trial Judge in this case is the Honorable JOHN A. HUTCHISON, III, a former statutory probate judge with expertise in Texas probate law who knew, or

12

by the exercise of reasonable diligence should have known, that Section 33 of the Probate Code trumps Rule 39 of the Texas Rules of Civil Procedure, and that Section 33 in combination with Rule 39(b) did not allow him to dismiss the application to probate the estate or the admission of the 1997 Will but instead authorized him to proceed as to the parties already joined.

**Second Issue:** BRUCE ROBERTSON, JR. does not have standing to contest the application to admit the 1997 Will into probate.

Argument and Authorities

Appellee BRUCE ROBERTSON, JR. contested the application to admit the 1997 Will and to be appointed Independent executor filed by JERRY VALDEZ; ROBERTSON claimed he had standing because of a judgment entered in his favor and against the guardianship estate of MARTHA JANE VALDEZ on December 23, 2009, in Probate Court Number Two of Bexar County.

VALDEZ responded that the judgment was on appeal and was not final. For legally unsound and unfathomable reasons, the Trial Court held that ROBERTSON had standing. The December 23, 2009, was set aside by the 14th Court of Appeals under Cause No. 10-14-00323-CV, and the case was remanded for ROBERTSON to prove what fees and expenses, if any, he was owed by the Guardianship Estate. Probate Court Number Two held evidentiary hearings and held that ROBERTSON did not have a valid claim against the Guardianship Estate (CR 73, App. *Exh. G*).

13

ROBERTSON then filed a claim against Decedent's Estate, which was rejected by the court-appointed Temporary Administrator. ROBERTSON has repeatedly filed specious, spurious, bad-faith pleadings that his contract to represent MELLO in her application for appointment as guardian of MARTHA JANE was also a contract authorizing ROBERTSON to represent MARTHA JANE. NO jurisconsult, reasonable and competent attorney, Court or Justice – nay, not even a first-year law student – would agree with Appellee that his contract to represent MELLO was tantamount to a contract to represent the estate of MARTHA JANE VALDEZ.

The Trial Court obdurately and unreasonably refused to set aside its order that ROBERTSON had standing to contest the Will. *Au contraire*, the evidence is clear and the proof is ineluctable that ROBERTSON was not a contestant but was a mere interloper. See Sections 3(r) and 10 of the Probate Code; Womble v. Atkins, 331 S.W. 2d 294, 297-98 (Tex. 1960); Logan v. Thomason, 202 S.W. 2d 212, 215 (Tex. 1947) (One who claims a pecuniary interest that will not be affected by the probate or defeat of a will, is not a "person interested" in an estate).

**Third Issue**: The Trial Court had a ministerial duty to admit the 1997 Will into probate because the Will met the requirements of Section 59 of the Probate Code and there was no valid contest to the admission of the Will.

14

Argument and Authorities

JERRY VALDEZ applied to have the 1997 Will of MARTHA JANE VALDEZ admitted into probate (CR 16, App. *Exh. K*). The Will meets the requirements of a self-proving Will. See §59 of the Probate Code; Boyles v. Gresham, 263 S.W. 2d 935, 939 (Tex. 1954); Triestman v. Kilgore, 838 S.W. 2d 547, 547 (Tex. 1992); Allen v. Nesmith, 525 S.W. 2d 943, 945 (Tex. App. – Houston [1st Dist.] 1975) writ ref'd n.r.e. 531 S.W. 2d 330 (Tex. 1975) (Purpose of the attestation clause, considering the evidence in favor of the proponent). No person interested in Decedent's Estate filed a contest to the Will after VALDEZ submitted his second application to probate the Will and the Trial Court had a ministerial duty to admit the Will into probate.

**PRAYER**

Premises Considered, Appellant JERRY VALDEZ prays:

1. That the May 21, 2014, order dismissing his application to probate the Will be set aside and the case be remanded to the Trial Court for further proceedings, with costs of the appeal assessed against Appellee BRUCE ROBERTSON, JR.;

2. That the order holding that Appellee has standing to contest the Will and the appointment of JERRY VALDEZ as Independent Executor be set aside and held for naught;

15

3.   That the 1997 Will be admitted into probate; and

4.   That the Court of Appeals enter such other orders as may be appropriate.

Respectfully submitted,

_____
ARMANDO TREVINO
State Bar No. 20211100
1519 Washington St., Suite One
Laredo, Texas 78040-0544
Tel: (956) 726-1638
Fax: (956) 726-2034
Email: armando_trevinolaw@hotmail.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

A true copy of the above document was served on the _____ day of March, 2015, on BRUCE ROBERTSON, JR., 8100 Broadway, Suite 102, San Antonio, Texas 78209; and on GEORGE H. SPENCER, JR., GEORGE H. SPENCER, JR., 112 E. Pecan, Suite 1300, San Antonio, Texas 78205.

_____
ARMANDO TREVINO

16

# CERTIFICATE OF COMPLIANCE

Relying on the word count function in the word processing software used to produce this document, I certify that the number of words in this Petition (excluding any caption, identity of parties and counsel, statement regarding oral argument, table of contents, index of authorities, statement of the case, statement of issues presented, statement of jurisdiction, statement of procedural history, signature, proof of service, certification, certificate of compliance and appendix) is 2,504.

_____
ARMANDO TREVINO

CAUSE NO. 01-14-000563-CV
IN THE COURT OF APPEALS
FIRST COURT OF APPEALS DISTRICT
HOUSTON, TEXAS

JERRY VALDEZ,
    Appellant

vs.

BRUCE ROBERTSON, JR.,
    Appellee

## APPENDIX

# LIST OF EXHIBITS IN THE APPENDIX

EXHIBIT             DESCRIPTION

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Amended Application To Probate Will |
| B. | ROBERTSON's Amended Will Contest |
| C. | Order To Join All Heirs As Parties |
| D. | Response To Order To Join All Heirs |
| E. | May 21, 2014, Order of Dismissal |
| F. | Approval of ROBERTSON's Standing As Contestant |
| G. | June 20, 2011, Denial Of ROBERTSON's Claim |
| H. | Rejection of ROBERTSON's Claim |
| I. | Rule 39, Texas Rule of Civil Procedure |
| J. | Art. 33, Probate Code |
| K. | Affidavit of Appellant JERRY VALDEZ |
| L. | Excerpts from July 22, 2013, Reporter's Record |

## VERIFICATION OF EXHIBITS

STATE OF TEXAS      §

COUNTY OF BEXAR   §

My name is ARMANDO TREVINO. I am the attorney for Appellant JERRY VALDEZ. I hereby verify that each of the above Exhibits is an original or a true copy of the original of a record in this cause.

_____
ARMANDO TREVINO

SUBSCRIBED AND SWORN to before me on this the _____ day of March, 2015.

JULIA E. C. BREWSTER
Notary Public, State of Texas
My Commission Expires
January 22, 2017

_____
Notary Public
State of Texas

# Exhibit A

## Amended Application To Probate Will

FILED
IN MATTERS PROE

2010 NOV 16  P 4:

ESTATE OF

MARTHA JANE VALDEZ,

DECEASED

IN PROBATE COURT

NUMBER ONE

BEXAR COUNTY, TEXAS

## SECOND AMENDED APPLICATION TO PROBATE 1997 WILL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now JERRY VALDEZ and files this Second Amended Application to probate the self-proving February 22, 1997, Last Will and Testament of MARTHA JANE VALDEZ. In support thereof Applicant shows:

1. This amended application takes the place of the original and previously amended applications. Rules 63, 64 and 65 Tex. R. Civ. Proc.

2. Applicant asks the Court, pursuant to Rule 201 Tex. R. Ev., to take judicial notice of the following:

a. The self-proving February 22, 1997, Last Will and Testament of MARTHA JANE VALDEZ, that is on file in the records of this Cause.

b. DOROTHY H. MELLO – and only DOROTHY H. MELLO – filed a contest to the 1997 Will but later withdrew the contest to the Will and the Fourth Court of Appeals issued its mandate in Cause No. 04-10-00417-CV

approving the withdrawal of the contest of the Will. A copy of the August 11, 2010, Mandamus Opinion and mandate are on file in the records of this cause.

c. The June 9, 2010, Settlement Agreement between DOROTHY H. MELLO and JERRY VALDEZ.

3. Applicant JERRY VALDEZ is an individual interested in this Estate. He resides at 3315 Buena Vista, San Antonio, Texas. The Will being offered for probate names JERRY VALDEZ as the Independent Executor and his wife MARY ALICE VALDEZ as the Alternate Independent Executor. MARY ALICE VALDEZ resides at 9126 Summer Wind, San Antonio, Texas.

4. The Decedent is MARTHA JANE VALDEZ, who was 98 years old when she died on September 30, 2008, while residing at 158 N. San Horacio, San Antonio, Texas.

5. This Court has jurisdiction and venue because Decedent was domiciled in and had a fixed place of residence in this County at the time of her death.

6. At the time of her death Decedent owned:

a. Property One – 3307 Buena Vista St., Lots 17 and 18 Block 4, New City Block 3040, WEST HIGHLANDS, City of San Antonio, Bexar County, Texas, according to plat recorded in Volume 368, Page 276, Deed and Plat Records of Bexar County, Texas.

b. Property Two – 3315 Buena Vista St., Lots 21 and 22, Block 4, New City Block 3040, WEST HIGHLANDS, City of San

Antonio, Bexar County, Texas, according to plat recorded in Volume 368, Page 276, Deed and Plat Records of Bexar County, Texas.

c.   Property Three – 3600 W. Commerce, Lots 8, 9, 10, 11, Block 79, New City Block 3675, Lakeview Edition, situated within the corporate limits of the City of San Antonio, Bexar County, Texas according to plat thereof recorded in Volume 105, P. 190 of the Bexar County Deed and Plat Records.

d.   Property Four – Lot 2, HIDDEN OAKS ESTATES SUBDIVISION, UNIT ONE, A PLANNED UNIT DEVELOPMENT, situated in Bexar County, Texas, according to plat thereof recorded in Volume 9528, Page 178-186, Deed and Plat Records of Bexar County, Texas.

e.   Personal Property consisting of jewelry, clothing, furniture and cash with a total approximate value of $15,000.00.

7.   INFORMATION REGARDING THE 1997 WILL.

a.   The February 22, 1997, Will is on file in the records of this cause and was never revoked.

b.   The subscribing witnesses to the Will and their present address is:

(1)   ERNEST GUAJARDO
3722 W. Houston
San Antonio, Texas 78207

(2)   JOSE LUIS ADAME (Deceased), whose address was
3314 Buena Vista St.
San Antonio, Texas 78207 when he witnessed the Will

8.   No child was born to or adopted by Decedent after she executed the 1997 Will.

9. Decedent was never divorced and was a widow at the time of her death. Her husband, JULIO VALDEZ, died on October 28, 1979.

10. A necessity exists for administration of this estate. There are existing claims for and against the estate.

11. The Will names Applicant as Independent Executor to serve without bond. Applicant is not disqualified by law from serving in such capacity or from accepting Letters Testamentary. Applicant is entitled to such Letters.

12. No state, government agency or charitable organization is named as a devisee in the Will.

13. The Will is self-proving under Sections 59 and 84(a) of the Probate Code. See Boyles v. Gresham, 263 S.W. 2d 935, 939 (Tex. 1954) (a properly executed will should be admitted to probate); Wick v. Fleming, 652 S.W. 2d 353, 354-55 (Tex. 1983) (proper attestation by two qualified witnesses validates an the otherwise properly executed will and eliminates the necessity for the testimony of the subscribing witnesses when the will is offered for probate).

14. The following persons were previously given notice pursuant to Section 28 of the Probate Code:

    a.     MARTHA JANE BURROW, a daughter, who resides at 254 Banbridge, San Antonio, Texas 78223.

    b.     ANGIE CONTRERAS, a daughter, who resides at 6815 Woodflame, San Antonio, Texas 78227.

c. OLIVIA HERNANDEZ, a daughter, who resides at 1427 Steves, San Antonio, Texas 78210.

d. DOROTHY H. MELLO, a daughter, who resides at 158 N. San Horacio, San Antonio, Texas 78237.

e. ESTELLA V. PENA, a daughter, who resides at 111 Dokes, San Antonio, Texas 78228.

f. GABINO VALDEZ, a son, who resides at 12023 Piney Bend Dr., Tomball, Texas 77375-7578.

g. GEORGE VALDEZ, a son, who resides at 8011 Pistol Ln., San Antonio, Texas 78227.

h. JESSE VALDEZ, a son who resides at 3303 Buena Vista St., San Antonio, Texas 78207.

i. JULIO H. VALDEZ, a son, who resides at 4927 Witt, San Antonio, Texas 78228.

j. EVA VASQUEZ, a daughter, who resides at 5116 Stacy Lane, Oklahoma City, Oklahoma 73150.

15. The admission of the 1997 Will to probate is not contested or subject to contest, therefore the Court is requested to admit the Will to probate promptly. Any contest as to the suitability of JERRY VALDEZ for appointment or Independent Executor, if deemed necessary, should be set for a separate hearing pursuant to Sections 78 and 88 of the Probate Code.

16. PRAYER. Premises Considered, Applicant prays:

a. That the application be set for a hearing;

b. That after said hearing the Will be admitted to probate;

c.  That Applicant be appointed as Independent Executor; and

d.  That the Court enter such other orders as may be appropriate, including the settling of this motion within 30 days and not on February 11, 2011, as previously announced by the Court.

Respectfully submitted,

ARMANDO TREVINO
State Bar No. 20211100
1519 Washington St., Suite One
P.O. Box 544
Laredo, Texas 78040-0544
Tel: (956) 726-1638
Fax: (956) 726-2034
Attorney for Applicant
JERRY VALDEZ

# VERIFICATION

My name is JERRY VALDEZ and I am the Applicant in this case. All of the facts stated in the foregoing Application are true and correct.

_____
JERRY VALDEZ

STATE OF TEXAS §
§
COUNTY OF BEXAR §

SUBSCRIBED AND SWORN to before me on the __15th__ day of November, 2010.



_____
Notary Public
State of Texas

LAURIE R. ALLEN
Notary Public, State of Texas
My Commission Expires
October 29, 2013

7

# Exhibit B

**ROBERTSON's Amended Will Contest**

NO. 2008-PC-3026

IN THE ESTATE OF

MARTHA JANE VALDEZ,

DECEASED

FILED
IN MATTERS PROBATE

2013 JUL 11 PM 12: 14

GERARD RICKHOFF
CLERK PROBATE COURTS
BEXAR COUNTY, TEXAS

BY__ __ _____

IN THE PROBATE COURT

NUMBER ONE

BEXAR COUNTY, TEXAS

## AMENDED OPPOSITION AND CONTEST TO PROBATE OF PURPORTED WILL AND APPLICATION TO APPOINT INDEPENDENT EXECUTOR

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes BRUCE ROBERTSON, JR., a party interested in the Estate of MARTHA JANE VALDEZ, Deceased, for the purpose of opposing the application to probate a will and to be appointed Independent Executor filed herein by JERRY VALDEZ, said purported will being dated February 22, 1997, and in support thereof would show the Court the following:

1.     The allegations in the application to probate the purported will of Martha Jane Valdez which set forth:

   a.     The Decedent's name, age, and domicile;

   b.     the facts, date, and place of the Decedent's death; and

   c.     the facts showing jurisdiction and venue, are admitted.

2.     Except in the matters admitted above, Bruce Robertson, Jr. denies generally the allegations contained in the Proponent's Application for Probate and to be appointed Independent Executor and demands strict proof thereof by a preponderance of the believable evidence.

3.     The instrument dated February 22, 1997 purporting to be the will of Martha Jane Valdez, deceased, is not a lawful and valid will of the Decedent and should not be admitted to probate because of the facts and matters stated below.

4. On the date of the alleged execution of the purported will, the Decedent was not of sound mind and lacked testamentary capacity.

5. The instrument dated February 22, 1997 was executed as a result of undue influence exerted over the Decedent by Jerry Valdez.

6. The purported will was not executed by the Decedent with the present intent to create a revocable disposition of her property to take effect after her death. In 1997 her mental incapacity was such that she could not have formed testamentary or donative intent or to be able to read and understand the will.

7. The purported will was executed while the Decedent did not know or understand the content of the instruments.

8. Jerry Valdez breached his fiduciary duties to decedent in connection with her execution of the will and one deed executed at the same time.

9. Jerry Valdez is disqualified and unsuitable to be appointed Independent Executor. A jury in the trespass to try title litigation in the decedent's guardianship found that Jerry Valdez and his wife purloined about $8,400 from the Decedent's bank accounts and that he breached his fiduciary duties to the incompetent decedent and defrauded her of her real properties.

10. Jerry Valdez has failed to join necessary parties and to obey the Court's ruling that he do so.

11. Jerry Valdez is barred from prosecuting his application by *res judicata* and collateral and judicial estoppel and the relevant statutes of limitation.

WHEREFORE, Bruce Robertson, Jr. requests that upon hearing, this Court dismiss Jerry Valdez' application for his failure to join necessary parties and that it deny probate of the purported will of the Decedent dated February 22, 1997 and the appointment of Jerry Valdez as Independent

Executor; and that he recover his costs of court; and that he be granted such further relief to which he may be justly entitled.

Respectfully submitted,

BRUCE ROBERTSON, JR.
T.S.B.N. 17078000
8100 Broadway, Suite 102
San Antonio, Texas 78209
(210) 225-4001 Telephone
(210) 224-2417 Facsimile
Pro Se

## Certificate of Service

I certify that a true copy of this pleading was served upon applicant's attorney of record in accordance with the T.R.C.P. on this 11th day of July, 2013.

BRUCE ROBERTSON, JR.

# Exhibit C

## Order To Join All Heirs As Parties

NO. 2008-PC-3026

| | |
|---|---|
| IN THE ESTATE OF | IN THE PROBATE COURT |
| MARTHA JANE VALDEZ, | NUMBER ONE |
| DECEASED | BEXAR COUNTY, TEXAS |

### ORDER REQUIRING JOINDER OF THE HEIRS OF THE DECEDENT AS PARTIES TO THIS CAUSE

On February 9, 2012, this Court signed its order requiring Jerry Valdez, the applicant for the probate of the will of the decedent in this cause, to join as parties the heirs of the decedent. Jerry Valdez has refused to comply with Court's order.

On June 4, 2013, the Court set a hearing to be held on July 22, 2013 on a motion for summary judgment filed by Jerry Valdez to be followed by a jury trial of the will contest. In said order the Court stated that before the commencement of the trial Jerry Valdez shall have complied with Court's original order of February 9, 2012, by joining the heirs of decedent as parties.

Upon determining from Jerry Valdez' attorney of record that Jerry Valdez had not joined as parties the heirs of the decedent, the Court cancelled the scheduled jury trial and made the following order:

It is ORDERED by the Court that Jerry Valdez shall join as parties in this case all of the heirs of the decedent Martha Jane Valdez within 30 days from the date of July 22, 2013; and

It is further ORDERED that in the event Jerry Valdez fails to join as parties to this case the heirs of Martha Jane Valdez, his application for probate of her will shall be dismissed.

Signed this 5th day of _August_, 2013.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____

ARMANDO TREVINO
T.S.B.N. 20211100
1519 Washington Street
Laredo, Texas 78042
(956) 726-1638 Telephone
(956) 726-2034 Facsimile
Attorney for Jerry Valdez

_____

BRUCE ROBERTSON, JR.
T.S.B.N. 17078000
8100 Broadway, Suite 102
San Antonio, Texas 78209
(210) 225-4001 Telephone
(210) 224-2417 Facsimile

NO.2008-PC-3026

| IN RE: ESTATE OF | § | IN PROBATE COURT |
| | § | |
| MARTHA JANE VALDEZ, | § | NUMBER ONE OF |
| | § | |
| DECEASED | § | BEXAR COUNTY, TEXAS |

## AMENDED ORDER

Pursuant to Rule 39, Texas Rules of Civil Procedure, the Court hereby ORDERS that Applicant, Jerry Valdez, Proponent of the purported Will of Martha Jane Valdez, dated February 22, 1997, join all the heirs at law of Martha Jane Valdez, the Decedent, that are not already parties, as parties to the Will Contest pending under the above cause number.

SIGNED ON THIS THE ___9 ᵗʰ___ DAY OF ___Feb.___, 2012.

_____
JOHN A. HUTCHISON III
STATUTORY PROBATE JUDGE SITTING
BY APPOINTMENT

# Exhibit D

## Response To Order To Join All Heirs

CAUSE NO. 04-13-00854-CV
IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

ESTATE OF MARTHA JANE VALDEZ, DECEASED

## RESPONSE TO FEBRUARY 21, 2014, ORDER TO SHOW CAUSE

TO THE HONORABLE COURT OF APPEALS:

1. Comes Now Appellant JERRY VALDEZ, files his response to the February 21, 2014, order of the Court, and says that his appeal of the September 9, 2013, self-executing order dismissing his motion to admit the self-proving February 22, 1997, Last Will and Testament of MARTHA JANE VALDEZ into probate is an appealable event.

2. A copy of the order is found in the Clerk's Record at CR 136, 137. The order says in clear, unmistakable language:

"It is ORDERED by the Court that Jerry Valdez shall join as parties in this case all of the heirs of the decedent Martha Jane Valdez within 30 days from the date of July 22, 2013; and

It is further ordered that in the event Jerry Valdez fails to join as parties to this case the heirs of Martha Jane Valdez, his application for probate of her will shall be dismissed."

3. Neither Appellant nor his attorney have the power or authority to compel the Trial Court to enter a specific order dismissing the application of JERRY VALDEZ to probate the February 22, 1997, Will of MARTHA JANE VALDEZ. If entry of such an order is required, the Texas Rules of Civil Procedure, the Texas Probate Code and the Texas Rules of Judicial Administration compel the Trial Court to enter such an order; otherwise, the Court of Appeals can order the Trial Court to show cause why he has not entered such an order or the Court of Appeals can issue a writ of mandamus on its own motion and authority.

4. The following documents are also relevant to the reply to the order to show cause:

     a. The February 7, 2012, order to include all heirs as parties, CR 72.

     b. The May 29, 2012, objection by JERRY VALDEZ to the February 7, 2012, order.

     c. The September 28, 2013, motion by JERRY VALDEZ to set aside the September 9, 2013, order.

2

5.    At the July 22, 2013, hearing, JERRY VALDEZ said that all of the heirs of MARTHA JANE VALDEZ were parties and that it was thus unnecessary for him to take any further action to join them as parties. See the Reporter's Record.

6.    Section 4A of the Probate Code authorizes appeal of orders that might otherwise be considered interlocutory. See Womble v. Atkins, 331 S.W. 2d 294, 298 (Tex. 1962) (dismissal of an application for probate, or contest of a will); Krueger v. Williams, 359 S.W. 2d 48, 50 (Tex. 1962) (order modifying and approving the inventory of the estate).

7.    Case law teaches that "To be final and appealable, a probate order need not dispose of the entire proceeding. Because probate administration is a continuing process, its nature contemplates that future decisions must be based on intermediate decisions. Interlocutory appeal is necessary to provide practical review of erroneous decisions controlling intermediate decisions before their consequences become irreparable." Estate of Novar v. Fitzgerald, 14 S.W. 3rd 378, 379 (Tex. App. – El Paso 2000, no pet.). See also Adjudani v. Walker, 232 S.W. 3rd 219, 223 (Tex. App. – Houston [1st Dist.] 2007, no pet.); In re Estate of Washington, 289 S.W. 3rd 362, 365 (Tex. App. – Texarkana 2009, pet. denied); In re Estate of Boren, 268 S.W. 3rd 841, 845 (Tex. App. – Texarkana 2008, pet. denied) (appeal of an order prior to the closing of the estate).

8.    It is clear on the face of the record that the application of JERRY VALDEZ to admit the 1997 Will into probate was dismissed 30 days after September 9, 2013, without the need of any further action by the Trial Court. The dismissal is correctly reviewable by appeal under Section 4A of the Annotated Probate Code and the decisions of the Texas Supreme Court in Womble, supra and Krueger, supra, which are binding on this Court.

9.    PRAYER: Premises Considered, Appellant JERRY VALDEZ asks the Court of Appeals to enter an order allowing Appellant to go forward with his appeal.

Respectfully submitted,

_____/s/_____
ARMANDO TREVINO
State Bar No. 20211100
1519 Washington St., Suite One
Laredo, Texas 78040-0544
Tel: (956) 726-1638
Fax: (956) 726-2034
Attorney for JERRY VALDEZ

## CERTIFICATE OF SERVICE

A true copy of the above document was served on the 27th day of February, 2014, on BRUCE ROBERTSON, JR., 8100 Broadway, Suite 102, San Antonio, Texas 78209, Fax (210) 224-2417; and on GEORGE H. SPENCER, JR., GEORGE H. SPENCER, JR., 112 E. Pecan, Suite 1300, San Antonio, Texas 78205, Fax 210/227-0732.

/s/
_____
ARMANDO TREVINO

# Exhibit E

**May 21, 2014, Order of Dismissal**

NO.2008-PC-3026

| IN RE: ESTATE OF | § | IN PROBATE COURT |
|---|---|---|
| | § | |
| MARTHA JANE VALDEZ, | § | NUMBER ONE OF |
| | § | |
| DECEASED | § | BEXAR COUNTY, TEXAS |

## ORDER

On this day, came to be considered the Motion of Jerry Valdez for entry of an appealable order regarding (1) his Application to Admit the 1997 Will of Martha Jane Valdez, dated February 22, 1997; and (2) the denial of his Application to be appointed Independent Executor of Decedent's Estate.

The Court finds that by Orders dated February 9, 2012, and August 5, 2013, copies of which are attached hereto and made a part hereof, Applicant, Jerry Valdez, was ordered to join as parties to this Will Contest, all of the heirs at law of Martha Jane Valdez, Deceased. Applicant has failed and refused to comply with the Orders of the Court dated February 9, 2012, and August 5, 2013.

The Court has found that all the heirs at law of Martha Jane Valdez, Deceased, are necessary parties for the complete adjudication of this case by the Court. The Application of Jerry Valdez to probate the Will of Decedent and Jerry Valdez's Application to be appointed Independent Executor of the Estate of Martha Jane Valdez, Deceased, should be dismissed for failing to comply with the Court's Orders dated February 9, 2012, and August 5, 2013. It is therefore,

ORDERED that the Application to Admit the February 22, 1997, Will of Martha Jane Valdez is hereby dismissed.

SIGNED ON THIS THE 21st DAY OF May , 2014.

JOHN A. HUTCHISON III
STATUTORY PROBATE JUDGE SITTING
BY APPOINTMENT

# Exhibit F

## Approval of ROBERTSON's Standing As Contestant

NO. 2008-PC-3025

IN THE ESTATE OF

IN THE PROBATE COURT

BEXAR COUNTY, TEXAS

NUMBER ONE

DEPUTY

MARTHA JANE VALDEZ,

DECEASED

BEXAR COUNTY, TEXAS

*Replaces Order Signed August 5th, 2013*

## ORDER OVERRULING JERRY VALDEZ' FIRST AMENDED MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR ATTORNEY'S FEES

On July 22, 2013, came on to be heard the First Amended Motion for Summary Judgment and Request for Attorney's Fees filed herein by Jerry Valdez, the proponent and applicant for the probate of the 1997 will of Martha Jane Valdez, deceased.

Jerry Valdez appeared by his attorney, Bruce Robertson, the contestant of the will, who had timely filed his Amended Response to Jerry Valdez' First Amended Motion for Summary Judgment and Request for Attorney's Fees, appeared in person. The parties announced ready.

Prior to the commencement of the hearing, Valdez gave to the Court his written objections to exhibits attached to Robertson's response to Valdez' motion for summary judgment. The Court, after duly considering said objections and counsel's argument thereon, hereby OVERRULES said objections.

The Court, after having considered Valdez' motion and Robertson's response thereto, and after having heard their respective arguments, DENIES Jerry Valdez' First Amended Motion for Summary Judgment and Request for Attorney's Fees.

Without derogating from the foregoing order denying Valdez' motion, the Court enters the following orders regarding Valdez' motion:

1.  The Court denies Valdez' summary judgment claim that Robertson is not a creditor of the decedent's estate and that he does not have standing to contest the decedent's

V02118P0249

will.

2. The Court denies Valdez' argument that Robertson's claim against the decedent's estate is barred by *res judicata*.

3. The Court denies Valdez' allegation that Robertson's employment contract with *Jatt* Dorothy Mello is in any respect invalid or unenforceable.

It is finally ORDERED that Jerry Valdez is not entitled to recover his attorney's fees in this cause.

*from Bruce A Robertson, Jr.*

Signed this 9th day of September 2013.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
ARMANDO TREVINO
T.S.B.N. 20211100
1519 Washington Street
Laredo, Texas 78042
(956) 726-1638 Telephone
(956) 726-2034 Facsimile
Attorney for Jerry Valdez

_____
BRUCE ROBERTSON, JR.
T.S.B.N. 17078000
8100 Broadway, Suite 102
San Antonio, Texas 78209
(210) 225-4001 Telephone
(210) 224-2417 Facsimile

# Exhibit G

**June 20, 2011, Denial of ROBERTSON's Claim**

CAUSE NO. 2007-PC-2303

GUARDIANSHIP OF

MARTHA JANE VALDEZ

AN INCAPACITATED PERSON

IN PROBATE COURT

NUMBER TWO

BEXAR COUNTY, TEXAS

## FINAL JUDGMENT IN BRUCE ROBERTSON's CLAIM
## FOR ATTORNEY'S FEES

TO THE HONORABLE JUDGE OF SAID COURT:

On the 16th day of November 2011, and March 22, 2012, the Court held a hearing on BRUCE ROBERTSON's claim against the guardianship estate of MARTHA JANE VALDEZ for his attorney's fees after the judgment entered on December 23, 2009, had been remanded by the Fourteenth Court of Appeals in Cause No. 14-10-00323-CV.

The Court after considering the claim, the records of this cause, the evidence presented and the argument of counsel FINDS:

1.    JERRY VALDEZ does not appeal the award to DOROTHY H. MELLO for her own attorney's fees and expenses;

2.    BRUCE ROBERTSON, JR. has failed to prove that he had a contract to represent the guardianship estate of MARTHA JANE VALDEZ; and

V02086P2851

1

3.   The claim of BRUCE ROBERTSON, JR. for attorney's fees against the guardianship estate of MARTHA JANE VALDEZ should be DENIED.

It is therefore ORDERED:

1.   The claim of BRUCE ROBERTSON, JR. against the guardianship estate of MARTHA JANE VALDEZ for attorney's fees is DENIED.

2.   Costs of suit are assessed against BRUCE ROBERTSON, JR., for which let execution issue if not timely paid, and

3.   This is a final judgment.

Signed this 19th day of June, 2012.

_____
Judge Presiding

APPROVED AS TO FORM:

_____
ARMANDO TREVINO
State Bar No. 20211100
1519 Washington St., Suite
Laredo, Texas 78040-0544
Tel: (956) 726-1638
Fax: (956) 726-2034

_____
BRUCE ROBERTSON, JR.
State Bar No. 17078000
8100 Broadway, Suite 102
San Antonio, Texas 78209
Tel: (210) 225-4001
Fax: (210) 224-2417

FILED

JUN 20 2012

GERARD RICKHOFF
CLERK PROBATE COURT NO. 2
BEXAR COUNTY TEXAS
BY_____
DEPUTY

V02086P2852        2

03.2012, MJV, GUARDIANSHIP, FINAL JUDGMENT IN BR's CLAIM FOR ATTORNEY'S FEES

# Exhibit H

## Rejection of ROBERTSON's Claim

NO. 2008-PC-3026

FILED
IN MATTERS PROBATE

2011 JUN 20 AM 9:27

... PROBATE COURTS
BEXAR COUNTY, TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| IN THE ESTATE OF | * | IN THE PROBATE COURT |
| MARTHA JANE VALDEZ, | * | NUMBER 1, |
| DECEASED | * | BEXAR COUNTY, TEXAS |

## MEMORANDUM OF PERSONAL REPRESENTATIVE

The foregoing Unsecured Claim of Bruce Robertson, Jr. in the amount of $114,800.00 was presented to Marcus P. Rogers, Temporary Administrator of the Estate of MARTHA JANE VALDEZ, Deceased, on the 7th day of June, 2011, and is **REJECTED.**

MARCUS P. ROGERS
State Bar No. 17179700
2135 E. Hildebrand
San Antonio, Texas 78209
(210) 736-2222
(210) 881-0200
Temporary Administrator for the Estate of Martha Jane Valdez, Deceased

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Memorandum of Personal Representative has been forwarded to the following, on this the 17 day of June, 2011:

Mr. Armando Trevino
Attorney for Jerry Valdez
1519 Washington, Suite 1
Laredo, Texas 78040
via fax (956) 726-2034

Mr. Bruce Robertson, Jr.
8100 Broadway, Suite 102
San Antonio, Texas 78209
via fax (210) 224-2417
CMRRR #7009 1680 0001 0137 8203

Mr. George Spencer
112 E. Pecan, Suite 1300
San Antonio, Texas 78205
via fax (210) 227-0732

Honorable John A. Hutchison, III
Statutory Probate Judge
815 Walker, Suite 240
Houston, Tx. 77002
via fax (713) 850-9830

MARCUS P. ROGERS

VOL 2064 PG 5095

# Exhibit I

## Rule 39, Texas Rule of Civil Procedure

## TRCP 39. JOINDER OF PERSONS NEEDED FOR JUST ADJUDICATION

(a) Persons to be Joined if Feasible. A person who is subject to service of process shall be joined as a party in the action if (1) in his absence complete relief cannot be accorded among those already parties, or (2) he claims an interest relating to the subject of the action and is so situated that the disposition of the action in his absence may (i) as a practical matter impair or impede his ability to protect that interest or (ii) leave any of the persons already parties subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations by reason of his claimed interest. If he has not been so joined, the court shall order that he be made a party. If he should join as a plaintiff but refuses to do so, he may be made a defendant, or, in a proper case, an involuntary plaintiff.

(b) Determination by Court Whenever Joinder Not Feasible. If a person as described in subdivision (a)(1)-(2) hereof cannot be made a party, the court shall determine whether in equity and good conscience the action should proceed among the parties before it, or should be dismissed, the absent person being thus regarded as indispensable. The factors to be considered by the court include: first, to what extent a judgment rendered in the person's absence might be prejudicial to him or those already parties; second, the extent to which, by protective provisions in the judgment, by the shaping of relief, or other measures, the prejudice can be lessened or avoided; third, whether a judgment rendered in the person's absence will be adequate; fourth, whether the plaintiff will have an adequate remedy if the action is dismissed for non-joinder.

(c) Pleading Reasons for Nonjoinder. A pleading asserting a claim for relief shall state the names, if known to the pleader, of any persons as described in subdivision (a)(1)-(2) hereof who are not joined, and the reasons why they are not joined.

(d) Exception of Class Actions. This rule is subject to the provisions of Rule 42.

# Exhibit J

## Art. 33, Probate Code

## PROB §33. ISSUANCE, CONTENTS, SERVICE, & RETURN OF CITATION, NOTICES, & WRITS IN PROBATE MATTERS

(a) When Citation or Notice Necessary. No person need be cited or otherwise given notice except in situations in which this Code expressly provides for citation or the giving of notice; provided, however, that even though this Code does not expressly provide for citation, or the issuance or return of notice in any probate matter, the court may, in its discretion, require that notice be given, and prescribe the form and manner of service and return thereof.

(b) Issuance by the Clerk or by Personal Representative. The county clerk shall issue necessary citations, writs, and process in probate matters, and all notices not required to be issued by personal representatives, without any order from the court, unless such order is required by a provision of this Code.

(c) Contents of Citation, Writ, and Notice. Citation and notices issued by the clerk shall be signed and sealed by him, and shall be styled "The State of Texas." Notices required to be given by a personal representative shall be in writing and shall be signed by the representative in his official capacity. All citations and notices shall be directed to the person or persons to be cited or notified, shall be dated, and shall state the style and number of the proceeding, the court in which it is pending, and shall describe generally the nature of the proceeding or matter to which the citation or notice relates. No precept directed to an officer is necessary. A citation or notice shall direct the person or persons cited or notified to appear by filing a written contest or answer, or to perform other acts required of him or them and shall state when and where such appearance or performance is required. No citation or notice shall be held to be defective because it contains a precept directed to an officer authorized to serve it. All writs and other process except citations and notices shall be directed "To any sheriff or constable within the State of Texas," but shall not be held defective because directed to the sheriff or any constable of a specific county if properly served within the named county by such officer.

(d) Where No Specific Form of Notice, Service, or Return is Prescribed, or When Provisions Are Insufficient or Inadequate. In all situations in which this Code requires that notice be given, or that a person be cited, and in which a specific method of giving such notice or of citing such person, or a specific method of service and return of such citation or notice is not given, or an insufficient or inadequate provision appears with respect to any of such matters, or when any interested person so requests, such notice or citation shall be issued, served, and returned in such manner as the court, by written order, shall direct in accordance with this Code and the Texas Rules of Civil Procedure, and shall have the same force and effect as if the manner of service and return had been specified in this Code.

(e) Service of Citation or Notice Upon Personal Representatives. Except in instances in which this Code expressly provides another method of service, any notice or citation required to be served upon any personal representative or receiver shall be served by the clerk issuing such citation or notice. The clerk shall serve the same by sending the original thereof by regis-

tered or certified mail to the attorney of record for the personal representative or receiver, but if there is no attorney of record, to the personal representative or receiver.

(f) Methods of Serving Citations and Notices.

(1) Personal Service. Where it is provided that personal service shall be had with respect to a citation or notice, any such citation or notice must be served upon the attorney of record for the person to be cited. Notwithstanding the requirement of personal service, service may be made upon such attorney by any of the methods hereinafter specified for service upon an attorney. If there is no attorney of record in the proceeding for such person, or if an attempt to make service upon the attorney was unsuccessful, a citation or notice directed to a person within this State must be served by the sheriff or constable upon the person to be cited or notified, in person, by delivering to him a true copy of such citation or notice at least ten (10) days before the return day thereof, exclusive of the date of service. Where the person to be cited or notified is absent from the State, or is a nonresident, such citation or notice may be served by any disinterested person competent to make oath of the fact. Said citation or notice shall be returnable at least ten (10) days after the date of service, exclusive of the date of service. The return of the person serving the citation or notice shall be endorsed on or attached to same; it shall show the time and place of service, certify that a true copy of the citation or notice was delivered to the person directed to be served, be subscribed and sworn to before some officer authorized by the laws of this State to take affidavits, under the hand and official seal of such officer, and returned to the county clerk who issued same. If in either case such citation or notice is returned with the notation that the person sought to be served, whether within or without this State, cannot be found, the clerk shall issue a new citation or notice directed to the person or persons sought to be served and service shall be by publication.

(2) Posting. When citation or notice is required to be posted, it shall be posted by the sheriff or constable at the courthouse door of the county in which the proceedings are pending, or at the place in or near the courthouse where public notices customarily are posted, for not less than ten (10) days before the return day thereof, exclusive of the date of posting. The clerk shall deliver the original and a copy of such citation or notice to the sheriff or any constable of the proper

county, who shall post said copy as herein prescribed and return the original to the clerk, stating in a written return thereon the time when and the place where he posted such copy. The date of posting shall be the date of service. When posting of notice by a personal representative is authorized or required, the method herein prescribed shall be followed, such notices to be issued in the name of the representative, addressed and delivered to, posted and returned by, the proper officer, and filed with the clerk.

(3) Publication. When a person is to be cited or notified by publication, the citation or notice shall be published once in a newspaper of general circulation in the county in which the proceedings are pending, and said publication shall be not less than ten (10) days before the return day thereof, exclusive of the date of publication. The date of publication which said newspaper bears shall be the date of service. If no newspaper is published, printed, or of general circulation, in the county where citation or notice is to be had, service of such citation or notice shall be by posting.

(4) Mailing.

(A) When any citation or notice is required or permitted to be served by registered or certified mail, other than notices required to be given by personal representatives, the clerk shall issue such citation or notice and shall serve the same by sending the original thereof by registered or certified mail. Any notice required to be given by a personal representative by registered or certified mail shall be issued by him, and he shall serve the same by sending the original thereof by registered or certified mail. In either case the citation or notice shall be mailed with instructions to deliver to the addressee only, and with return receipt requested. The envelope containing such citation or notice shall be addressed to the attorney of record in the proceeding for the person to be cited or notified, but if there is none, or if returned undelivered, then to the person to be cited or notified. A copy of such citation or notice, together with the certificate of the clerk, or of the personal representative, as the case may be, showing the fact and date of mailing, shall be filed and recorded. If a receipt is returned, it shall be attached to the certificate.

(B) When any citation or notice is required or permitted to be served by ordinary mail, the clerk, or the personal representative when required by statute or by order of the court, shall serve the same by mailing the original to the person to be cited or notified. A copy of

such citation or notice, together with a certificate of the person serving the same showing the fact and time of mailing, shall be filed and recorded.

(C) When service is made by mail, the date of mailing shall be the date of service. Service by mail shall be made not less than twenty (20) days before the return day thereof, exclusive of the date of service.

(D) If a citation or notice served by mailing is returned undelivered, a new citation or notice shall be issued, and such citation or notice shall be served by posting.

(g) Return of Citation or Notice. All citations and notices issued by the clerk and served by personal service, by mail, by posting, or by publication, shall be returnable to the court from which issued on the first Monday after the service is perfected.

(h) Sufficiency of Return in Cases of Posting. In any probate matter where citation or notice is required to be served by posting, and such citation or notice is issued in conformity with the applicable provision of this Code, the citation or notice and the service and return thereof shall be sufficient and valid if any sheriff or constable posts a copy or copies of such citation or notice at the place or places prescribed by this Code on a day which is sufficiently prior to the return day named in such citation or notice for the period of time for which such citation or notice is required to be posted to elapse before the return day of such citation or notice, and the fact that such sheriff or constable makes his return on such citation or notice and returns same into court before the period of time elapses for which such citation or notice is required to be posted, shall not affect the sufficiency or validity of such citation or notice or the service or return thereof, even though such return is made, and such citation or notice is returned into court, on the same day it is issued.

(i) Proof of Service. Proof of service in all cases requiring notice or citation, whether by publication, posting, mailing or otherwise, shall be filed before the hearing. Proof of service made by a sheriff or constable shall be made by the return of service. Service made by a private person shall be proved by the affidavit of the person. Proof of service by publication shall be made by the affidavit of the publisher or that of an employee of the publisher, which affidavit shall show the date the issue of the newspaper bore, and have attached to or embodied in it a copy of the published notice or citation. In the case of service by mail, proof shall be made

by the certificate of the clerk, or the affidavit of the personal representative or other person making such service, stating the fact and time of mailing. In the case of service by registered or certified mail, the return receipt shall be attached to the certificate, if a receipt has been returned.

(j) Request for Notice. At any time after an application is filed for the purpose of commencing any proceeding in probate, including, but not limited to, a proceeding for the probate of a will, grant of letters testamentary or of administration and determination of heirship, any person interested in the estate may file with the clerk a request in writing that he be notified of any and all, or of any specifically designated, motions, applications, or pleadings filed by any person, or by any particular persons specifically designated in the request. The fees and costs for such notices shall be borne by the person requesting them, and the clerk may require a deposit to cover the estimated costs of furnishing such person with the notice or notices requested. The clerk shall thereafter send to such person by ordinary mail copies of any of the documents specified in the request. Failure of the clerk to comply with the request shall not invalidate any proceeding.

# Exhibit K

**Affidavit of Appellant JERRY VALDEZ**

# AFFIDAVIT OF APPELLANT JERRY VALDEZ

STATE OF TEXAS     §
                       §
COUNTY OF BEXAR   §

My name is JERRY VALDEZ. I am the Appellant in this cause and fully competent to make this Affidavit based upon my personal knowledge of the facts stated. All of the facts are true and correct. Upon my oath and upon penalty of perjury I depose as follows:

1. My mother MARTHA JANE VALDEZ died on September 30, 2008, at the age of 98. She was survived by 12 children born from her marriage to my father JULIO, who had predeceased her.

2. On October 14, 2008, I filed an application to probate her estate and to admit her February 22, 1997, Will into probate.

3. My sister DOROTHY H. MELLO, represented by BRUCE ROBERTSON, JR., successfully contested the Will.

4. The Will contest was tried before a jury. My siblings ESTELLA PENA, OLIVIA VALDEZ and ANGIE CONTRERAS were present at the jury trial. ESTELLA PENA, OLIVIA VALDEZ and ANGIE CONTRERAS supported DOROTHY's contest of the Will.

1

5. I appealed the judgment that had been rendered sustaining the will contest.

6. While the appeal was pending, DOROTHY and I entered into a written agreement wherein she agreed to withdraw her contest of the Will.

7. The Fourth Court of Appeals, noting there was no opposition, dismissed the Will contest.

8. I then filed a second application to probate the 1997 Will and BRUCE ROBERTSON, JR. filed a contest to my application, saying that he had standing because he had a judgment against my mother's guardianship estate. Judge HUTCHISON ruled that ROBERTSON had standing to contest the will because of the judgment.

9. The Fourteenth Court of Appeals set aside the judgment and remanded the case for ROBERTSON to prove what attorney's fees, if any, were owed to him by my mother's guardianship estate.

10. An evidentiary hearing was held. I was present at the hearing and I heard Judge RICKHOFF tell ROBERTSON he did not have a valid claim.

11. On June 11, 2011, Judge RICKHOFF entered final judgment denying ROBERTSON's claim against the guardianship estate.

2

12.     ROBERTSON then filed a claim against Decedent's estate. The claim was rejected by the court-appointed Temporary Administrator of my mother's estate.

13.     ROBERTSON has never produced any competent evidence that he was ever retained or appointed to represent my mother's estate.

14.     On various occasions I furnished a copy of the 1997 Will to all of my siblings.

15.     On various occasions I furnished a copy of the application to probate my mother's Will to each of my siblings.

Further Affiant sayeth not.



_____
JERRY VALDEZ

SUBSCRIBED AND SWORN to before me on this the 6th day of August, 2014.

ROSA YBARRA
Notary Public, State of Texas
My Commission Expires
January 16, 2017

_____
Notary Public
State of Texas

07.2014, JV, BR, APPEAL, CAUSE NO. 01-14-000563-CV, AFFIDAVIT OF APPELLANT JERRY VALDEZ

# Exhibit L

**Excerpts from July 22, 2013, Reporter's Record**

REPORTER'S RECORD

VOLUME 1 OF 1

TRIAL COURT CAUSE NO. 2008-PC-3026

IN THE ESTATE OF                )       IN THE PROBATE COURT
                                )
MARTHA JANE VALDEZ,             )       NUMBER 1
                                )
DECEASED                        )       BEXAR COUNTY, TEXAS

---

JERRY VALDEZ' FIRST AMENDED MOTION FOR SUMMARY JUDGMENT AND
REQUEST FOR ATTORNEY'S FEE;
COURT'S ORDER TO JOIN HEIRS AT LAW AS PARTIES
JULY 22, 2013

---

On the 22nd day of July, 2013, the following proceedings came on to be heard in the above-entitled and numbered cause before the HONORABLE JOHN A. HUTCHISON, III, Judge Presiding, held in San Antonio, Bexar County, Texas:

Proceedings reported by Machine Shorthand.

COPY

CHERYL D. HESTER, C.S.R. - PROBATE COURT NO. 1
BEXAR COUNTY COURTHOUSE
SAN ANTONIO, TEXAS 78205    (210) 335-2359

APPEARANCES


MR. ARMANDO TREVINO
BAR 20211100
1519 Washington, Suite 1
Laredo, Texas 78040
(956) 726-1638; Fax (956) 726-2034,
   Attorney for Jerry Valdez;


MR. BRUCE ROBERTSON, JR.
BAR 17078000
8100 Broadway, Suite 102
San Antonio, Texas 78209
(210) 225-4001; Fax (210) 224-2417,
   Pro Se Attorney for Contestant.

the Court of Appeals, it appeared to me, because there was a remand sent back, and they haven't rule on it after the remand.

MR. ROBERTSON: Right.

THE COURT: All right.

Now, on the -- Mr. Robertson, if you'll prepare that order and circulate it to counsel.

MR. ROBERTSON: I will, Your Honor.

THE COURT: Then on our trial setting for our jury trial that we're supposed to start today, I don't see anything in the file that indicates that the -- that the heirs at law have been joined as parties. Is that correct, counsel?

MR. TREVINO: Yes. And Mr. Valdez's position, pursuant to the case Helen Jones versus LaFargue on wills, on the first statement it says although any person interested in the estate may bring a will contest, statute does not require that all interested persons be joined in the suit.

THE COURT: Well, I've ordered it to be done.

MR. TREVINO: Well, we're not going to join them, because we're not -- we're going to overrule -- we're going to disobey the Court on that because Mr. Valdez doesn't feel that he should. Because --

THE COURT: Well, let me -- I'm going to give you 30 days to join them and serve them. And if they haven't been joined and served, then I'm going to dismiss your

application to probate the will.

MR. TREVINO: That's fine.

THE COURT: Okay.

MR. TREVINO: Okay.

MR. ROBERTSON: Your Honor, I'm also a little confused by who has to be joined. I think every one of these heirs has to be joined.

THE COURT: Yeah. The heirs at law need to be served.

MR. ROBERTSON: I think there ought to be some proof as to who those are. Affidavits. Because some are dead. I think one is -- may be partially incapacitated and has a guardian or power of attorney. So it's -- they -- they -- there has to be some proof to the Court to show that this is a correct name and number of the -- of the heirs and heirs at law. And Mr. Valdez knows what heirs at law are.

THE COURT: Well, I'm sure they know who they are.

MR. TREVINO: Well, I object to counsel stating to the Court that he's aware of what somebody who's not even in the court knows.

THE COURT: Well, the Court wants them joined.

MR. TREVINO: I'll grant that.

THE COURT: If you're going to refuse to do that, I mean, I've signed the order, then you're going to need

And we're not going to try it -- you know, I don't know how many of them there are, but we're not going to try it again.

MR. TREVINO: There's about sixteen.

THE COURT: And I'm assuming your client knows who they all are.

MR. TREVINO: I assume that they do.

THE COURT: And if you don't want to do it, then there's an order in the file. You need to file an appeal.

MR. TREVINO: That's fine. I will consult with my --

THE COURT: And I'll get -- we'll get an order entered that says you've got 30 days to get them joined, and then you can appeal that.

MR. TREVINO: Okay. Certainly. And I believe that that's an interlocutory -- interlocutory appeal. We will go ahead and appeal it interlocutorily. So I'm giving the Court notice as of right now I will be working on a notice of appeal.

THE COURT: Okay.

MR. TREVINO: To proceed.

THE COURT: All right.

MR. TREVINO: Okay.

THE COURT: Mr. Robertson, while you're working on those other orders, you want to prepare an order on that

THE STATE OF TEXAS )

COUNTY OF BEXAR )

I, Cheryl D. Hester, Official Court Reporter in and for Probate Court Number 1 of Bexar County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $150.00 and was paid/will be paid by Jerry Valdez.

WITNESS MY OFFICIAL HAND this the 24th day of January, 2014.

/s/ Cheryl D. Hester
CHERYL D. HESTER, C.S.R.
Official Court Reporter, Probate Court No. 1
Bexar County, Texas
100 Dolorosa
San Antonio, Texas 78205
(210) 335-2359
Texas CSR #4519; Expires 12/31/15



# Gerard Rickhoff

COUNTY CLERK  BEXAR COUNTY

BEXAR COUNTY COURT HOUSE
100 DOLOROSA, SUITE 104
SAN ANTONIO, TEXAS 78205

## FAX TRANSMISSION COVER SHEET

DATE: **2|6|14**

THIS FAX IS BEING SENT BY: **Daniel Cedar**

DEPARTMENT: **Probate**

PHONE: **210-335-2241**  FAX#: **210-335-2199**

THIS FAX IS DIRECTED TO: **Jerry Valdez**

LOCATION/DEPARTMENT: _____

PHONE #: _____  FAX#: **210-888-2011**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: _____

SPECIAL INSTRUCTIONS: **Attached is the Index list for appeal for 2008 PC 3026**

_____ **Thank you,**

_____

### CONFIDENTIALITY NOTICE

THIS COMMUNICATION IS INTENDED FOR THE SOLE USE OF THE INVIDUAL TO WHOM IT IS DIRECTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION MAY BE STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE CALL AND RETURN COMMUNICATION TO THE ADDRESS ABOVE VIA THE UNITED STATES POSTAL SERVICE.

# INDEX

CAPTION------ 6

DOCKET SHEET -------------------- 7-38

APPLICATON FOR PROBATE OF WILL AND ISSUANCE OF LETTERS TESTAMENTARY (FILED 10-10-2008) -------------------- 39-44

SECOND AMENDED APPLICATION TO PROBATE 1997 WILL (FILED 11-16-2010) --------------- 45-53

MOTION FOR COURT TO SPECIFY GROUNDS FOR CLAIMING THAT JERRY VALDEZ IS UNSUITABLE FOR APPOINTMENT AS INDEPENDENT EXECUTOR (FILED 11-16-2010) --- 54-57

LETTER FROM JUDGE HUTCHISON TO ARMANDO TREVINO (FILED 12-3-2010)------ 58-59

OBJECTION TO COURT'S FINDING OF UNSUITABILITY (FILED 12-15-2010) --------- 60-64

MEMORANDUM OF PERSONAL REPRESENTATIVE (FILED 06-20-2011) ----------- 65-66

DEFENDANT'S ORIGINAL ANSWER (FILED 06-24-2011) -------------------- 67-68

AMENDED OPPOSITION AND CONTEST TO
PROBATE OF PURPORTED WILL AND
APPLICATION TO APPOINT INDEPENDENT
EXECUTOR (FILED 02-03-2012) ----------------- 69-71

ORDER PURSUANT TO RULE 39, TEXAS RULES
OF CIVIL PROCEDURE (FILED 02-07-2012) -----------
----- 72

ORIGINAL ANSWER TO BRUCE ROBERTSON'S
AMENDED OPPOSITION TO PROBATE OF
PURPORTED WILL AND TO APPOINT
INDEPENDENT EXECUTOR (FILED 04-13-2012) -----
------------- 73-75

FINAL JUDGMENT IN BRUCE ROBERTSON'S
CLAIM FOR ATTORNEY'S FEES (FILED 06-19-
2012)---------------------- 76-77

JERRY VALDEZ'S OBJECTIONS TO ORDER THAT
HE JOIN ALL THE CHILDREN OF MARTHA JANE
VALDEZ (FILED 06-20-2011) ----------------- 78-87

AMENDED OPPOSITION AND CONTEST TO
PROBATE OF PURPORTED WILL AND
APPLICATION TO APPOINT INDEPENDENT
EXECUTOR (FILED 07-11-2013) ----------------- 88-90

CONTESTANT'S AMENDED RESPONSE TO
PROPONENT'S FIRST AMENDED MOTION FOR
SUMMARY JUDGMENT AND REQUEST FOR

ATTORNEY'S FEES (FILED 07-11-2013) ------------ 91-118

MOTION TO RECUSE (FILED 07-31-2013) ------------ 119-127

ORDER DECLINING MOTION TO RECUSE AND ORDER OF REFERRAL REQUESTING ASSIGNMENT OF A JUDGE TO HEAR THE MOTION TO RECUSE JUDGE JOHN A. HUTCHISON, III (FILED 08-23-2013) --------------- 128

TRAVERSE TO THE RESPONSE TO THE RECUSAL MOTION (FILED 08-28-2013) ----------- 129-133

ORDER DENYING MOTION TO RECUSE (FILED 09-03-2013) --------------------- 134-135

ORDER REQUIRING JOINDER OF THE HEIRS OF THE DECEDENT AS PARTIES TO THIS CAUSE (FILED 09-12-2013) --------------------- 136-137

ORDER OVERRULING JERRY VALDEZ' FIRST AMENDED MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR ATTORNEY'S FEES (FILED 09-12-2013) ------------------------- 138-139

MOTION TO SET ASIDE ORDER THAT DENIED THE RECUSAL MOTION WITHOUT A HEARING (FILED 09-18-2013) ----------------- 140-146

APPLICATOIN FOR HEARINGS AND RULINGS ON UNHEARD MOTION AND MOTION FOR SANCTIONS PURSUANT TO RULE 13, TEX. R. CIV. PROC. AND CHAPTER 10 OF THE CIVIL PRACTICES AND REMEDIES CODE (FILED 09-18-2013) ------------------ 147-151

MOTION TO SET ASIDE SEPTEMBER 9,2013, ORDER (FILED 09-27-2013) ----------------- 152-154

NOTICE OF APPEAL (FILED 12-13-2013) ------------- 155-157

DESIGNATION OF CLERK'S RECORD (FILED 12-13-2013) ---------------- 158-160

PREPARATIONS OF REPORTER'S RECORD (FILED 01-17-2014) ------------------ 161-162

BILL OF COST---------- 163

CERTIFICATE -------- 164

CLERK'S RECORD
VOLUME 1 OF 1
Trial Court Case No. **2008PC3026**
In the Probate Court No. 1
Of Bexar County, Texas,
Honorable, **POLLY JACKSON SPENCER**, Judge Presiding

IN THE ESTATE OF
MARTHA JANE VALDEZ
DECEASED

**JERRY VALDEZ  VS  BRUCE ROBERTSON**

Appealed to the
Court of Appeals for  1ST  District of Texas at Houston, Texas

Attorney for Appellee (s):
Name:  **ARMANDO TREVINO**
Address: **1519 WASHINGTON SUITE 1**
**LAREDO, TX 78040**
Telephone No. **(956)726-1638**
Email: **armando.trevino@hotmail.com**
Attorney for:  **JERRY VALDEZ**

Delivered to the Court of Appeals for the  1ST  District of Texas, at Houston, Texas
on the **17TH** day of **September, 2014**.

GERARD RICKHOFF
Clerk, Probate Court No. **1**
of Bexar County, Texas

By _____
**DOLORES R. ZARAGOZA**, Deputy

Appellate Court Cause No. 01-14-000563-CV
Filed in the Court of Appeals for the  1st  District of Texas, at Houston, Texas
this 17th day of **September, 2014**.

_____, Clerk

By _____, Deputy

1

* D O C K E T   I N F O R M A T I O N *

CAUSE NUM: 2008PC3026

DATE FILED: 10/10/2008        COURT: 001        UNPAID BALANCE:      0.00

TYPE OF DOCKET: CONTEST

* * * S T Y L E * * *

MARTHA JANE VALDEZ, DECEASED

VS

ACCESS: 0              STATUS: PENDING              DATE OF DEATH: 09/30/2008

* L I T I G A N T   I N F O R M A T I O N *

| SEQ | LAST /FIRST /MIDDLE NAME | LIT. TYPE/ATTORNEY | DATE |
|-----|--------------------------|--------------------|------|
| 00001 | VALDEZ MARTHA JANE | DECEASED | 10/10/2008 |
| 00002 | VALDEZ JERRY | OTHER | 10/10/2008 |
|  |  | 00001 TREVINO II, ARMANDO |  |
| 00003 | MELLO DOROTHY H. | OTHER | 10/10/2008 |
| 00004 | ROBERTSON, BRUCE JR. | OTHER | 05/07/2010 |
| 00005 | ROGERS MARCUS P. | ADMINISTRATR/X | 01/18/2011 |
|  |  | 00003 ROGERS, MARCUS P |  |
| 00006 | SMITH GERALDINE | OTHER | 06/27/2012 |
|  |  | 00001 TREVINO II, ARMANDO |  |

* S E R V I C E S   I N F O R M A T I O N *

| SEQ | SERVICE TYPE / DATES | DIST | LITIGANT NAME |
|-----|----------------------|------|---------------|

00001 NOT/APPLN FOR PROBATE W/I      187    VALDEZ MARTHA
      ISS: 10/14/2008  REC: 10/14/2008  EXE: 10/14/2008  RET: 10/14/2008

00003 PERS CIT BY PVT SRV            3      MELLO DOROTHY
      ISS: 10/14/2008  REC:        EXE:        RET:

00004 ADVERSE CITATION BY PRIVA      182    ROBERTSON, JR. BRUCE
      ISS: 05/12/2010  REC: 05/13/2010  EXE: 05/17/2010  RET: 05/18/2010

00005 NOT/APPLN FOR PROBATE W/I      186    VALDEZ JERRY
      ISS: 09/13/2010  REC: 09/13/2010  EXE: 09/13/2010  RET: 09/13/2010

00006 LETTERS OF TEMPORARY ADMI      4      ROGERS MARCUS
      ISS: 01/18/2011  REC:        EXE:        RET:

00007 NOTICE OF FILING OF CLAIM      5      VALDEZ MARTHA
      ISS: 06/09/2011  REC:        EXE:        RET:

00008 NOTICE OF FINAL ACCOUNT        186    VALDEZ MARTHA
      ISS: 09/23/2011  REC: 09/23/2011  EXE: 09/23/2011  RET: 09/23/2011

00009 NOTICE TO APPT TEMP ADMIN      186    SMITH GERALDINE
      ISS: 08/09/2012  REC: 08/09/2012  EXE: 08/09/2012  RET: 08/09/2012

2

**ATTORNEY INFORMATION**

| SEQ | DATE FILED | BAR NBR. | NAME | STATUS | DATE |
|---|---|---|---|---|---|
| 00001 | 10/10/2008 | 20211100 | TREVINO II, ARMANDO | SELECTED | 10/14/2008 |
| 00003 | 01/18/2011 | 17179700 | ROGERS, MARCUS P | SELECTED | 06/09/2011 |

**PROCEEDING INFORMATION**

| SEQ | DATE FILED | VOLUME | PAGE | PAGE COUNT |
|---|---|---|---|---|
| 00001 | 10/10/2008 | 0816 | 0650 | 0006 |

DESC: APPL. FOR PROBATE WILL

| 00002 | 10/10/2008 | 0816 | 0666 | 0012 |

DESC: WILL

DATED 12/28/88

| 00003 | 10/10/2008 | 0816 | 0678 | 0010 |

DESC: WILL

DATED 2/22/97

| 00004 | 10/10/2008 | 0816 | 0688 | 0001 |

DESC:

ARMANDO TREVINO LETTER IN REGARD TO

APPL TO PROBATE WILL

| 00016 | 10/10/2008 | 0816 | 0688 | 0001 |

DESC: REQUEST FOR

PVT PROCESS PERS CITATION

| 00007 | 10/14/2008 | 0816 | 0731 | 0001 |

DESC: NOTICE OF APPL PROBATE WILL

| 00008 | 10/24/2008 | 0816 | 6581 | 0003 |

DESC: CONTEST

OPPOSITION AND CONTEST TO PROBATE OF TWO

PURPORTED WILLS AND APPLICATION TO

PROBATE WILLS

| 00009 | 11/14/2008 | 0817 | 7648 | 0002 |

DESC: JURY DEMAND

| 00010 | 11/14/2008 | 0817 | 7650 | 0008 |

DESC:

ORIGINAL RESPONSE TO OPPOSITION TO

PROBATE WILLS AND PROPONENT'S MOTION

FOR SANCTIONS

| 00011 | 11/14/2008 | 0817 | 7658 | 0005 |

DESC:

SPECIAL EXCEPTION TO OPPOSITION AND

CONTEST TO PROBATE OF TWO PURPORTED

WILLS AND APPLICATION TO PROBATE WILLS

| 00013 | 12/04/2008 | 0818 | 7711 | 0002 |

DESC: MOTION TO

SET WILL CONTEST FOR TRIAL BY JURY

| 00015 | 12/08/2008 | 0818 | 9323 | 0090 |

DESC: MOTION TO

SET RECUSE OR DISQUALIFY

| 00017 | 12/10/2008 | 0819 | 0599 | 0005 |

DESC: MOTION TO

```
                    COMPEL AND FOR SANCTIONS

00019    12/19/2008         0819    6211        0002
         DESC:
                    ADVISORY TO THE COURT

00179    12/30/2008         0819    9085        0002
         DESC: REQUEST FOR
                    A DECISION ON MOTION TO RECUSE

00022    01/16/2009         0901    7900        0002
         DESC: COURT CORRESPONDENCE
                    FROM STATUTORY PROBATE COURTS
                    TO BOTH COUNTY PROBATE JUDGES

00023    01/20/2009         0901    9317        0002
         DESC: COURT CORRESPONDENCE
                    TO MR. RICKHOFF FROM ARMANDO TREVINO
                    ABOUT HIS FILING ERROR

00024    03/10/2009         0904    8676        0003
         DESC: MOTION TO
                    COMPEL AND FOR SANCTIONS

00025    03/10/2009         0904    8679        0001
         DESC: NOTICE OF HEARING OF
                    MOTION TO COMPEL AND FOR SANCTIONS

00027    03/24/2009         0905    4410        0002
         DESC: ANSWER
                    TO MOTION TO COMPEL AND FOR SANCTIONS
                    AND MOTION TO SANCTION ARMANDO TREVINO
                    AND JERRY VALDEZ FOR DISCOVERY ABUSE

00028    03/24/2009         0000    0000        0000
         DESC: MEMORANDUM
                    BRIEF IN SUPPORT OF MOTION TO COMPEL

00033    04/07/2009         2020    4322        0003
         DESC: MOTION FOR
                    CONTINUANCE

00030    04/20/2009         2019    8889        0004
         DESC: MOTION FOR
                    CONTINUANCE

00031    04/27/2009         2020    4318        0003
         DESC: MOTION TO
                    COMPEL CONTESTANT TO ANSWER DISCOVERY
                    REQUESTS(FIRST AMENDED)

00035    04/27/2009         2020    4326        0003
         DESC: RESPONSE
                    TO CONTESTANT'S MOTION TO COMPEL
                    ANSWERS TO REQUESTS FOR DISCLOSURE AND
                    COUNTER-MOTION FOR SANCTION.

00036    04/27/2009         2020    4329        0003
         DESC: OBJECTION
                    OF PROPONENT TO CONTESTANT'S RESPONSE
                    TO REQUESTS FOR DISCLOSURE AND
                    PROPONENT'S MOTION TO COMPEL

00037    05/27/2009         2021    9191        0008
         DESC: OBJECTION
                    TO ORDER REGARDING MAY 6, 2009, HEARING
```

4

AND COUNTER-MOTION FOR SANCTIONS

00039    05/27/2009         2021     9186      0005
DESC: MOTION TO
         ENTER ORDER GRANTING SANCTIONS

00042    06/04/2009         2022     4125      0002
DESC:
         ADVISORY TO THE COURT REGARDING
         CONTESTANT'S PLEADING FOR ATTORNEY'S
         FEES

00043    06/16/2009         2023     1679      0002
DESC: MOTION TO
         RESCHEDULE ORAL DEPOSITION

00045    07/27/2009         2025     4657      0005
DESC: REQUEST FOR
         FINDINGS OF FACT SUPPORTING IMPOSITION
         OF MONETARY SANCTIONS AGAINST JERRY
         VALDEZ FOR PLEADINGS SIGNED ONLY BY HIS
         ATTORNEY-JERRY VALDEZ

00046    07/28/2009         2025     5554      0002
DESC: MOTION TO
         SET WILL CONTEST FOR TRIAL BY JURY

00047    07/28/2009         2025     5566      0042
DESC: MOTION TO COMPEL
         AND TO IMPOSE SANCTIONS (PROPONENT'S)

00049    07/28/2009         2025     5609      0003
DESC: MOTION FOR
         RULE 166 CONFERENCE (PROPONENTS)

00051    07/28/2009         2025     5613      0011
DESC: OBJECTION
         TO AFFIDAVITS OF ANGIE CONTRERAS AND OF
         STELLA PENA

00053    08/05/2009         2026     0065      0010
DESC: MOTION FOR PROTECTIVE ORDER
         AND OJBECTION TO CERTAIN AFFIDAVITS -
         PROPONENT'S

00055    08/13/2009         2026     4236      0002
DESC: OBJECTION
         TO JERRY VALDEZ' REQUEST FOR FINDING OF
         FACT SUPPORTING IMPOSITION OF MONETARY
         SANCTIONS AGAINST JERRY VALDEZ FOR
         PLEADINGS SIGNED ONLY BY HIS ATTORNEY

00056    08/13/2009         2026     4238      0003
DESC: OPPOSITION
         AND CONTEST TO PROBATE OF TWO PURPORTED
         WILLS AND APPL TO PROBATE WILLS
         (FIRST AMENDED)

00057    09/24/2009         2028     5506      0010
DESC: MOTION TO COMPEL
         AND FOR SANCTIONS (FILED BY DOROTHY
         MELLO)

00059    10/01/2009         2028     9675      0005
DESC: OBJECTION

5

OF DOROTHY MELLO TO JERRY VALDEZ' MOTION
TO COMPEL AND TO IMPOSE SANCTIONS AND
FOR RULE 166 CONFERENCE AND TO SET JURY
JURY TRIAL AND OBJECTIONS TO AFFIDAVITS
OF ANGIE CONTRERAS AND STELLA PENA

00060    10/23/2009        2030    1217       0003
DESC: MOTION FOR
RULE 166 CONFERENCE (PROPONENT'S)

00061    10/23/2009        2030    1220       0002
DESC: MOTION TO
IMPOSE SANTIONS ON CONTESTANT'S
ATTORNEY FOR DISOBEYING JUNE 2, 2009

00063    10/23/2009        2030    1223       0002
DESC: REQUEST FOR
HEARING OF CERTAIN MOTIONS FILED BY
PROPONENT JERRY VALDEZ

00065    11/09/2009        2031    1087       0002
DESC: MOTION TO
PROPONENT'S DROP NOVEMBER 10, 2009
SETTING OF CERTAIN MOTIONS

00066    11/09/2009        2031    1089       0002
DESC: RESPONSE
JERRY VALDEZ'S VERIFIED TO MOTION TO
COMPEL AND FOR SANCTIONS

00067    11/23/2009        2031    6824       0002
DESC: MOTION TO
REFER WILL CONTEST TO ARBITRATION OR
MEDIATION

00069    12/29/2009        2033    4855       0003
DESC:
TRAVERSE TO WILL CONTEST

00070    12/29/2009        2033    4859       0019
DESC: MOTION FOR
PARTIAL SUMMARY JUDGMENT IN WILL CONTEST
(PROPONENT'S)

00071    12/29/2009        2033    4878       0108
DESC:
EXHIBITS TO MOTION FOR PARTIAL SUMMARY
JUDGMENT FILED BY PROPONENT JERRY
VALDEZ

00073    12/30/2009    .   2033    6205       0002
DESC:
LETTER FR  ARMANDO TREVINO TO JUDGE
SPENCER

00072    01/04/2010        2033    8116       0003
DESC: CONTEST
SECOND AMENDED OPPOSITION AND CONTEST TO
PROBATE OF TWO PURPORTED WILLS AND APPL
TO PROBATE WILLS

00074    01/14/2010        2034    1927       0116
DESC: RESPONSE
DOROTHY MELLO'S TO PROPONENT'S MOTION

```
                    FOR PARTIAL SUMMARY JUDGMENT IN WILL
                    CONTEST
00075   01/21/2010        2034      6103        0006
        DESC:
                    JERRY VALDEZ'S REPLY TO DOROTHY H.
                    MELLO'S REPONSE TO PROPONENT'S MOTION
                    FOR PARTIAL SUMMARY JUDGMENT IN WILL
                    CONTEST
00076   01/21/2010        2034      6109        0002
        DESC: REQUEST FOR
                    FINDING OF FACT AND CONCLUSIONS  OF LAW
00078   01/27/2010        2034      9399        0002
        DESC: COURT CORRESPONDENCE
                    TO MR. BRUCE ROBERTSON, JR. AND MR.
                    ARMANDO TREVINO FROM MR. DAVID BREM
                    [RE: MOTION FOR PARTIAL SUMMARY]
00079   02/01/2010        2035      0595        0009
        DESC: MOTION TO
                    IN LIMINE FILED BY JERRY VALDEZ
00081   02/10/2010        2035      8029        0006
        DESC: CHARGE OF COURT
00087   02/10/2010        2036      8113        0018
        DESC:
                    PROPONENT'S REQUESTED JURY QUESTIONS,
                    INSTRUCTIONS AND DEFINITIONS
00088   02/10/2010        2036      8131        0006
        DESC: MOTION FOR
                    PROPONENT'S INSTRUCTED VERDICT
00082   02/22/2010        2036      3346        0002
        DESC: MOTION TO
                    ENTER JUDGMENT
00084   02/24/2010        2036      4470        0003
        DESC: MOTION TO
                    TRANSFER CLAIM FOR ATTORNEY'S FEES AND
                    EXPENSES FROM PROBATE COURT NUMBER TWO
                    TO PROBATE COURT NUMBER ONE
00085   03/02/2010        2036      7210        0002
        DESC: OBJECTION
                    PROPONENTS TO ENTRY OF JUDGMENT
00086   03/02/2010        2036      7221        0003
        DESC: SUPPLEMENTAL
                    MOTION TO TRANSFER AND REQUEST FOR
                    WRITTEN RULING
00089   03/02/2010        2036      8137        0003
        DESC: AFFIDAVIT
                    OF JERRY VALDEZ
00090   03/31/2010        2038      7825        0026
        DESC: MOTION FOR
                    JUDGMENT NON OBSTANTE VEREDICTO
00091   03/31/2010        2038      7851        0012
        DESC: MOTION FOR
                    NEW TRIAL (PROPONENT'S)
```

7

00093     05/07/2010        2041    6826       0003
DESC: MOTION TO
          ADVANCE HEARING DATE OF MOTION FOR NEW
          TRIAL

00095     05/07/2010        2041    7868       0018
DESC: ORIGINAL PETITION
          TO RESCIND UNWRITTEN CONTRACTS FOR
          EXCESSIVE, UNCONSCIONABLE ATTY'S FEES

00162     05/13/2010        2054    6694       0002
DESC:
          DOROTHY MELLO'S ANSWER TO PROPONENT'S
          MOTION FOR NEW TRIAL

00096     05/19/2010        2042    4365       0001
DESC: DEFENDANT'S
          ORIGINAL ANSWER-BRUCE ROBERTSON JR.

00097     05/20/2010        2042    4364       0001
DESC: PERSONAL CITATION
          BRUCE ROBERTSON JR. SERV'D 05/17/2010

00099     05/28/2010        2042    6622       0002
DESC: NOTICE
          OF APPEAL

00100     05/28/2010        2042    6624       0002
DESC:
          LETTER FROM ARMANDO TREVINO TO KEITH E.
          HOTTLE

00102     06/10/2010        2043    3901       0003
DESC: MOTION TO
          DISMISS WILL CONTEST

00101     06/11/2010        2043    3900       0001
DESC: PROOF OF SERVICE CERTIFIED MAI

00103     06/17/2010        2043    8037       0001
DESC: COURT CORRESPONDENCE
          FROM FOURTH COURT OF APPEALS

00104     06/18/2010        2043    8036       0003
DESC:
          APPELLANT'S MOTION TO ABATE APPEAL

00105     06/24/2010        2044    0557       0001
DESC: COURT CORRESPONDENCE
          FROM THE COURT OF APPEALS

00106     06/24/2010        2044    0719       0001
DESC: COURT CORRESPONDENCE
          FROM COURT OF APEALS

00107     06/25/2010        2044    1265       0001
DESC: COURT CORRESPONDENCE
          FROM FOURTH COURT OF APPEALS

00108     06/30/2010        2044    4596       0003
DESC: MOTION TO
          SEVER

00109     07/09/2010        2044    9481       0001
DESC:
          COURT OF APPEALS

00111     07/12/2010        2045    0893       0003
DESC:

8

```
                    LETTER FR JUDGE GUY HERMAN TO JUDGE
                    SPENCER-RE: APPOINTMETN OF STATUTORY
                    PROBATE JUDGE
00112    07/12/2010        2045    1446       0002
         DESC: COURT CORRESPONDENCE
                    FROM FOURTH COURT OF APPEALS
00113    07/19/2010        2045    5005       0001
         DESC: APPEAL
                    APPELLANT'S REQUEST FOR CLARIFICATION
                    OR MODIFICATION OF 07/30/2010
00115    07/19/2010        2045    5056       0001
         DESC: COURT CORRESPONDENCE
                    FROM COURT OF APPEALS
00116    07/30/2010        2046    0764       0003
         DESC: MOTION TO
                    ORDER NUNC PRO TUNC
00117    08/02/2010        2046    1442       0034
         DESC: AMENDED
                    FIRST PETITION TO RESCIND UNWRITTEN
                    CONTRACT FOR EXCESSIVE, UNCONSCIONABLE
                    ATTORNEY'S FEES
00118    08/12/2010        2046    8734       0002
         DESC: MANDATE
00119    09/03/2010        2048    1521       0005
         DESC: MOTION FOR SUMMARY JUDGMENT
                    OF DEFENDANT BRUCE ROBERTSON, JR.
00122    09/10/2010        2048    6508       0020
         DESC:
                    ADVISORY TO THE COURT
00124    09/10/2010        2048    6493       0015
         DESC: MOTION FOR
                    JERRY VALDEZ REQUESTING BRUCE ROBERTSON,
                    JR. TO SHOW AUTHORITY TO ACT
00125    09/13/2010        2048    6654       0001
         DESC: NOTICE OF APPL PROBATE WILL
                    FIRST AMENDED
00123    09/15/2010        2048    6467       0026
         DESC: AMENDED APPLN FOR PROBATE WILL
                    FIRST
00126    09/16/2010        2048    8530       0002
         DESC:
                    LETTER TO BEXAR COUNTY CLERK FOR THE
                    HONORABLE JOHN A. HUTCHISON, III
00127    09/16/2010        2048    8532       0002
         DESC: MOTION TO WITHDRAW AS ATTORNEY
                    (BRUCE R. ROBERTSON, JR.)
00128    09/20/2010        2049    0677       0003
         DESC: REQUEST FOR
                    A HEARING ON PRE-TRIAL MOTIONS
00129    09/20/2010        2049    0680       0003
         DESC: MOTION FOR
                    RULE 166 CONFERENCE
```

9

```
00130    09/24/2010        2049    3314      0001
         DESC: NOTICE
                OF SUBMISSION
00131    10/05/2010        2049    9266      0002
         DESC: MOTION TO
                REQUIRE COURT REPORTER TO RECORD ALL
                PROCEEDINGS
00132    10/05/2010        2049    9269      0004
         DESC: MOTION FOR
                COURT TO TAKE JUDICIAL NOTICE OF
                MANDATE ISSUED IN WILL CONTEST
00134    10/07/2010        2050    0658      0002
         DESC: AFFIDAVIT
                TO SERVE ON JUDICIAL ASSIGNMENT
00135    10/07/2010        2050    0640      0003
         DESC: PLAINTIFF'S
                VERIFIED MOTION FOR CONTINUANCE
00136    10/07/2010        2050    0644      0001
         DESC:
                DOCKET SHEET ON MINUTE ORDER 2010-043
00137    11/01/2010        2051    3648      0002
         DESC:
                LETTER TO MS. LEE FROM ARMANDO TREVINO
00138    11/01/2010        2051    3650      0002
         DESC: NOTICE
                OF INTENT TO RE-FILE MOTIONS FILED
                DURING THE PERIOD SEPTEMBER1, 2010
                THROUGH OCTOBER 4, 2010
00139    11/01/2010        2051    3652      0003
         DESC: MOTION TO
                SET A PROMPT HEARING ON APPLICATION TO
                PROBATE WILL AND TO APPOINT AN
                INDEPENDENT EXECUTOR
00140    11/01/2010        2051    3655      0039
         DESC: MOTION FOR
                NEW TRIAL
00141    11/01/2010        2051    3694      0002
         DESC:
                LETTER TO MR. LEE FROM ARMANDO TREVINO
00142    11/16/2010        2052    2118      0002
         DESC: PLAINTIFF'S
                FIRST SUPPLEMENT TO HIS MOTION FOR NEW
                TRIAL
00143    11/16/2010        2052    2120      0001
         DESC:
                LETTERS FROM ARMANDO TREVINO
00144    11/16/2010        2052    2121      0009
         DESC: AMENDED
                APPLICATION TO PROBATE 1997 WILL SECOND
00145    11/16/2010        2052    2130      0001
         DESC:
                LETTER TO JUDGE HUTCHISION
```

00146      11/16/2010          2052      2131       0002
DESC: MOTION TO
           ENTER ORDER DENYING MOTION FOR
           CONTINUANCE

00147      11/16/2010          2052      2133       0002
DESC:
           LETTER FROM ARMANDO TREVINO

00148      11/16/2010          2052      2135       0001
DESC:
           LETTER TO MS. LEE

00149      11/16/2010          2052      2136       0004
DESC: MOTION FOR
           COURT TO SPECIFY GROUNDS FOR CLAIMING
           THAT JERRY VALDEZ IS UNSUITABLE FOR
           APPOINTMENT AS INDEPENDENT EXECUTOR

00150      12/03/2010          2052      9673       0002
DESC:
           LETTER HON JOHN A. HUTCHISON III TO
           ARMANDO TREVINO III

00151      12/10/2010          2053      4310       0009
DESC: ANSWER
           TO AND MOTIONS TO STRIKE FIRST AMENDED
           APPL. TO PROBATE WILL, TO DENY APPT. OF
           JERRY VALDEZ AS INDEP. EXECUTOR, TO
           ENTER FINAL JUDGMENT DENYING PROBATE OF
           THE 1988 AND 1997 WILLS, AND APPL. FOR
           APPT. OF TEMP. ADMINISTRATOR

00152      12/15/2010          2053      6170       0005
DESC: OBJECTION
           TO COURT'S FINDING OF UNSUITABILITY

00153      12/15/2010          2053      6175       0003
DESC: APPL. FOR PROBATE WILL
           ROBERTSON'S LACK OF STANDING

00155      12/15/2010          2053      6179       0001
DESC: CERTIFICATE
           OF REGISTRATION

00157      12/29/2010          2054      4307       0002
DESC: REQUEST FOR
           PREPARE THE REPORTER'S RECORD

00158      12/29/2010          2054      4309       0002
DESC: NOTICE
           OF APPEAL

00159      12/29/2010          2054      4311       0002
DESC: REQUEST FOR
           PREPARE CLERK'S RECORD

00160      12/29/2010          2054      4313       0002
DESC: NOTICE
           OF APPEAL

00161      12/30/2010          2054      4981       0001
DESC:
           LETTER FROM COURT OF APPEALS

00163      01/18/2011          2055      0847       0001
DESC: OATH

MARCUS P. ROGERS

00164   01/18/2011          2055      0848      0002
DESC: BOND

00165   01/20/2011          2055      3411      0005
DESC: CONTEST
        OBJECTION TO ORDER APPOINTING TEMPORARY
        ADMINISTRATOR OR PENDING CONTEST OF WILL

00166   01/20/2011          2055      3764      0002
DESC:
        LETTER TO JUDGE HUTCHISON FROM ARMANDO
        TREVINO

00167   01/20/2011          2055      3766      0003
DESC:
        LETR TO MR RICKHOFF FROM ARMANDO TREVINO

00168   01/20/2011          2055      3769      0002
DESC:
        LETR TO COUNTY CLERK FROM ARMANDO
        TREVINO

00169   01/21/2011          2055      4899      0002
DESC:
        LETR TO JUDGE HUTCHINSON III FROM
        ARMANDO TREVINO

00170   01/21/2011          2055      4901      0002
DESC:
        LETR TO JUDGE HUTCHINSON III FROM
        ARMANDO TREVINO

00171   01/21/2011          2055      4903      0004
DESC: MOTION TO
        SHOW AUTHORITY

00172   01/21/2011          2055      4907      0017
DESC: OBJECTION
        TO BRUCE ROBERTSON JR, APPEARANCE IN
        PERSON AND BY ATTORNEY

00173   01/21/2011          2055      4865      0034
DESC: OBJECTION
        TO JANUARY 4, 2011 ORDER THAT APPOINTED
        A TEMPORARY ADMINISTRATOR AND TO THE
        POWERS AWARDED TO THE TEMPORARY
        ADMINISTRATOR

00174   01/28/2011          2056      0145      0003
DESC: MOTION TO
        ALLEGED WILL CONTEST FOR HEARING

00175   01/28/2011          2056      0148      0002
DESC: COURT CORRESPONDENCE
        TO: JUDGE HUTCHISON FROM ARMANDO TREVINO
        COPY OF A MOTION TO SET HEARING

00176   01/28/2011          2056      0150      0002
DESC: COURT CORRESPONDENCE
        TO JUDGE HUTCHISON FR: ARMANDO TREVINO
        APPLICANT'S OBJECTION TO ORDER APPOINT-
        ING TEMPORARY ADMINISTRATOR

00177   01/28/2011          2056      0152      0003
DESC: OBJECTION

12

TO ORDER APPOINTING TEMPORARY ADMINIST-

RATOR PENDING CONTEST OF WILL

00178     01/28/2011          2056      0155      0002

DESC: COURT CORRESPONDENCE

TO:JUDGE HUTCHISON FR.ARMANDO TREVINO

00180     03/04/2011          2057      8238      0002

DESC: COURT CORRESPONDENCE

FROM ARMANDO TREVINO TO JOHN A.

HUTCHISON, III, STATUTORY PROBATE

JUDGE

00181     03/04/2011          2057      8240      0005

DESC:

APPLICANT'S COMPLAINT REGARDING DUE

PROCESS VIOLATIONS BY THE COURT

00182     03/04/2011          2057      8245      0002

DESC: COURT CORRESPONDENCE

FROM ARMANDO TREVINO TO JUDGE JOHN A.

HUTCHISON, III

00183     03/04/2011          2057      8247      0006

DESC: MOTION TO DISMISS

WILL CONTEST AND FOR SANCTIONS

00184     04/01/2011          2059      8421      0002

DESC: CONTEST

(WILL)

00185     04/01/2011          2059      8595      0009

DESC:

RESPONSE TO JERRY VALDEZ EIGHT SETS

OF MOTIONS AND OBJECTIONS

00187     04/04/2011          2059      9780      0002

DESC:

LETTERS FROM ARMANDO TREVINO TO

JUDGE JON A. HUTCHISON III NOTICE OF

HEARING

00188     04/04/2011          2059      9784      0007

DESC: MOTION TO SET HEARING

APPLICANT MEMORANDUM BRIEF

00189     04/04/2011          2059      9813      0031

DESC: MOTION TO

ABIDE BY AND TO ENFORCE MANDATE AND

SETTLEMENT AGREEMENT

00190     04/08/2011          2060      3669      0004

DESC: CONTEST

00191     04/08/2011          2060      3062      0002

DESC: OBJECTION

TO HEARING ON APPLICANT'S MEMORANDUM

BRIEF REGARDING MOTIONS SET FOR

APRIL 8, 2011 HEARING AND HIS MOTION

TO ABIDE BY AND TO ENFORCE MANDATE

AND SETTLEMENTAGREEMENT

00192     04/08/2011          2060      3666      0003

DESC:

ROBERTSON'S LACK OF STANDING TO CONTEST

WILL MEANS COURT DOES NOT HAVE

SUBJECT-MATTER JURISDICTION

00193    04/08/2011         2060    3673        0002

DESC: JURY DEMAND

REGARDING WILL CONTEST FILED BY

BRUCE ROBERTSON, JR.

00194    04/08/2011         2060    3675        0004

DESC: APPL. FOR

APPLICANT'S SPECIAL EXCEPTIONS TO WILL

CONTEST FILED BY BRUCE ROBERTON, JR.

00195    04/18/2011         2060    6776        0001

DESC: COURT CORRESPONDENCE

FROM JUDGE JOHN A. HUTCHISON III TO

ARMANDO TREVINO,II, GEORGE SPENCER, JR.,

BRUCE ROBERTSON, SET FOR TRIAL ON

02-13-2012 AT 9:00A.M.

00197    04/19/2011         2060    7873        0001

DESC: MOTION FOR

EXT. OF TIME TO FILE BRIEF EXTENDED TO

05/10/2011: FOURTH COURT OF APPEALS

00198    04/19/2011         2060    8890        0002

DESC:

LETTER FROM ARMANDO TREVINO

00199    04/19/2011         2060    8892        0003

DESC: OBJECTION

TO PROPOSED ORDER

00200    05/06/2011         2062    0082        0004

DESC: MOTION TO

FULFILL MISTRERIAL DUTIES

00201    05/06/2011         2062    0087        0002

DESC:

LETTER FROM ARMANDO TREVINO

00202    05/06/2011         2262    0089        0004

DESC: REQUEST FOR

FINDINGS OF FACT & CONCLUSION OF LAW

00203    05/06/2011         2062    0093        0004

DESC: COMPLAINT

REGARDING CERTAIN RULING OF TRIAL COURT

& MOTION TO RECONSIDER 4-20-2011 ORDER

00204    05/06/2011         2062    0097        0006

DESC: ORIGINAL ANSWER

TO WILL CONTEST FILED BY

BRUCE ROBERTSON, JR. AND ORIGINAL

COUNTER-CLAIM FOR INTERFERENCE WTIH

PROPERTY RIGHT

00205    05/06/2011         2062    0103        0002

DESC:

LETTER FROM ARMANDO TREVINO

00206    05/06/2011         2062    0105        0002

DESC:

LETTER FROM ARMANDO TREVINO

00207    05/06/2011         2062    0107        0006

DESC:

JERRY VALDEZ'S SECOND COMPLAINT REGARD-

00208      05/06/2011        2062      0113      0003
DESC:

LETTER FROM ARMANDO TREVINO TO JUDGE

00209      05/06/2011        2062      0116      0004
DESC: OBJECTION PROBATE WILL

FILED BY BRUCE ROBERTSON, JR.

00210      05/12/2011        2062      1686      0004
DESC: INVENTORY

00211      05/13/2011        2062      4398      0002
DESC: ORIGINAL ANSWER

COUNTER-DEFENDANT'S

00212      06/01/2011        2063      5441      0005
DESC: NOTICE

PAST DUE FINDINGS OF FACT AND

CONCLUSIONS OF LAW

00213      06/01/2011        2063      5446      0022
DESC: OBJECTION INVENTORY

AND MOTION FOR SANCTIONS

00214      06/07/2011        2063      9044      0005
DESC: CLAIM

FILED BY BRUCE ROBERTSON JR, $114800.00

00215      06/09/2011        0000      0000      0000
DESC: NOT. OF CLAIM FILED

MAILED TO MARCUS ROGERS ON 6/10/11

00218      06/20/2011        2064      5095      0001
DESC: REJECTION OF CLAIM

FILED BY BRUCE ROBERTSON, JR-$114,800.00

00217      06/21/2011        2064      5672      0006
DESC: OBJECTION

TO JERRY VALDEZ' REQUEST FOR FINDINGS OF

FACT AND CONCLUSIONS OF LAW

(BRUCE ROBERTSON'S)

00220      06/21/2011        2064      5678      0007
DESC: PLAINTIFF'S ORIGINAL PETITION

00221      06/24/2011        2064      8196      0002
DESC: ORIGINAL ANSWER

OF DEFENDANT-MARCUS ROGERS

00222      07/01/2011        2065      2359      0003
DESC: MOTION FOR SUMMARY JUDGMENT

COUNTER-DEFENDANT'S

00223      07/01/2011        2065      2362      0003
DESC: RESPONSE

TO COUNTER-PLAINTIFF'S REQUEST FOR

SANCTIONS (CROSS DEFENDANTS)

00224      07/22/2011        2066      4356      0012
DESC:

ADVISORY TO COURT BY JERRY VALDEZ

00225      07/22/2011        2066      4368      0002
DESC:

ADVISORY TO COURT TO HONORABLE JOHN

A. HUTCHISON III

00226    07/22/2011        2066    4570      0002
         DESC: GUARDIAN'S
                   REJECTION OF CLAIM OF BRUCE ROBERTSON,
                   JR'S CLAIM

00227    08/02/2011        2066    8929      0004
         DESC: INVENTORY
                   TEMPORARY AMENDED (DOD) 09/30/2008

00228    08/03/2011        2066    7776      0001
         DESC: COURT CORRESPONDENCE
                   FROM FOURTH COURT OF APPEALS

00229    08/04/2011        2067    2217      0008
         DESC:
                   FIRST SUPPLEMENT TO RESPONSE TO MOTION
                   FOR SUMMARY JUDGEMENT

00230    08/04/2011        2067    2225      0017
         DESC: RESPONSE
                   TO COUNTER-DEFENDENT'S MOTION FOR
                   SUMMARY JUDGEMENT

00231    08/04/2011        2067    2242      0003
         DESC: MOTION TO
                   REQUIRE ROBERTSON TO AMEND HIS PLEADINGS
                   REGARDING THE INVALIDITY OF THE DECEMBER
                   23, 2009 JUDGEMENT

00232    08/04/2011        2067    2245      0002
         DESC: MEMORANDUM
                   FROM ARMANDO TREVINO TO THE HONORABLE
                   JOHN A. HUTCHISON, III, STATUTORY
                   PROBATE JUDGE

00233    08/04/2011        2067    2247      0033
         DESC: OBJECTION
                   BY DOROTHY H. MELLO, TO CLAIM OF BRUCE
                   ROBERTSON, JR.

00234    08/04/2011        2067    2280      0002
         DESC: MEMORANDUM
                   FROM ARMANDO TREVINO TO THE HONORABLE
                   JOHN A. HUTCHISON, III, STATUTORY
                   PROBATE JUDGE

00235    08/04/2011        2067    2282      0005
         DESC: OBJECTION
                   TO CLAIM OF BRUCE ROBERTSON, JR.

00236    08/04/2011        2067    2287      0076
         DESC: MOTION FOR SUMMARY JUDGMENT
                   ADMITTING 1997 WILL TO PROBATE

00237    08/05/2011        2067    3590      0001
         DESC: NOTICE
                   FOURTH COURT OF APPEALS

00238    08/09/2011        2067    5248      0033
         DESC:
                   ADVISORY TO THE COURT AND RENEWED
                   OBJECTION TO HYBRID PRESENTATION

00241    08/15/2011        2067    8568      0002
         DESC: RESPONSE

BY BRUCE ROBERTSON, TO JERRY VALDEZ'
MOTION TO REQUIRE ROBERTSON TO AMEND HIS
PLEADINGS REGARDING THE INVALIDITY OF
THE DECEMBER 23, 2009 JUDGEMENT

00239    08/17/2011          2068     5274        0002
DESC: RESPONSE
TO OBJECTIONS TO CLAIM OF BRUCE
ROBERTSON, JR. FILE HEREIN BY JERRY
VALDEZ

00240    08/17/2011          2067     8566        0002
DESC: RESPONSE
TO OBJECTIONS TO CLAIM OF BRUCE
ROBERTSON, JR. FILED HEREIN BY JERRY
VALDEZ

00242    08/24/2011          2068     3270        0004
DESC: OPPOSITION
TO TEMPORARY ADMIN INV

00243    08/24/2011          2068     3276        0003
DESC:
TRAVERSE TO COUNTER DEFENDANT'S
RESPONSE TO COUNTER-PLAINTIFF'S MOTION
FORSANCTIONS

00244    08/24/2011          2068     3279        0016
DESC: MOTION TO
TRANSFER TAX SUITS

00245    08/24/2011          2068     3296        0002
DESC: COURT CORRESPONDENCE
LETTER FROM ARMANDO TREVINO TO JUDGE
HUTCHISON III

00246    08/24/2011          2068     3298        0002
DESC: COURT CORRESPONDENCE
LETTER FROM ARMANDO TREVINO TO GERARD
RICKHOFF

00247    08/31/2011          2068     6945        0003
DESC: APPL TO RESIGN
AS TEMPORARY ADMINISTRATOR

00248    09/07/2011          2069     0806        0005
DESC: CLAIM
(OBJECTION) OF BRUCE ROBERTSON, JR.

00249    09/09/2011          2069     0811        0004
DESC: CLAIM
TRAVERS RESPONSE TO OBJECTION TO CLAIM
OF BRUCE ROBERTSON, JR. FILLED BY
JERRY VALDEZ.

00250    09/14/2011          2069     4328        0005
DESC: MOTION FOR
BRUCE ROBERTSON JR. TO SHOW AUTHORITY
TO FILE A PRO SE PETITION AGAINST MARCUS
P. ROGERS. JERRY VALDEZ'S VERIFIED

00251    09/14/2011          2069     4326        0004
DESC: OBJECTION
AND SPECIAL EXCEPTIONS TO ORIGINAL

                    PETITION OF BRUCE ROBERTSON JR.

00252    09/14/2011           2069      6090      0002
         DESC:
                    LETTER TO JUDGE HUTCHISON FROM ARMANDO
                    TREVINO

00253    09/14/2011           2069      6092      0002
         DESC: REQUEST FOR
                    CLARIFICATION OF THE TERM "STATUS
                    CONFERENCE"

00254    09/22/2011           2069      9340      0008
         DESC: FINAL ACCOUNT

00256    09/22/2011           2069      9258      0003
         DESC:
                    DECLARATION OF DOROTHY H. MELLO

00257    09/22/2011           2069      9261      0004
         DESC:
                    JERRY VALDEZ REQUEST TO SET VARIOUS
                    MOTIONS

00259    09/22/2011           2069      9265      0002
         DESC:
                    LETTER FROM ATTY TO JUDGE HUTCHINSON III

00260    09/22/2011           2069      9267      0004
         DESC:
                    ADVISORY TO THE COURT

00255    09/23/2011           2069      9600      0001
         DESC: NOTICE OF APPL FINAL ACCOUNT

00258    09/26/2011           2070      0884      0002
         DESC: NOTICE
                    OF SCOPE OF REPRESENTATION

00262    10/31/2011           2071      9837      0002
         DESC: RESPONSE
                    TO BRUCE ROBERTSON, JR.'S REQUEST FOR
                    DISCLOSURE (FILED BY DOROTHY H. MELLO)

00263    10/31/2011           2071      9839      0002
         DESC: COMPLAINT
                    DOROTHY H. MELLO'S TO BEING SERVED WITH
                    A REQUEST FOR DISCLOSURE BY BRUCE
                    ROBERTSON, JR.

00264    10/31/2011           2071      9841      0002
         DESC:
                    LETTER TO INSURERS FROM ARMANDO TREVINO

00265    10/31/2011           2071      9843      0002
         DESC:
                    LETTER TO JUDGE HUTCHINSON FROM ARMANDO
                    TREVINO

00266    10/31/2011           2071      9845      0010
         DESC: MOTION TO
                    SET HEARING REGARDING MANDATE

00267    10/31/2011           2071      9855      0021
         DESC: MOTION FOR
                    COLLECTION OF AMOUNT OF SUPERSEDEAS
                    BOND AND FOR DEPOSIT IN DECEDENT'S

ESTATE

00268    11/02/2011         2072    4165      0002
DESC:
         LETTER TO JUDGE HUTCHISON FROM ARMANDO
         TREVINO

00269    11/02/2011         2072    4167      0004
DESC: MOTION TO
         ABATE REGARDING BRUCE ROBERTSON, JR.S
         CLAIM AGAINST THE ESTATE OF MARTHA JANE
         VALDEZ

00270    12/06/2011         2074    2781      0005
DESC: NOTICE OF HEARING OF
         JERRY VALDEZ'S COMPLAINT

00271    12/06/2011         2074    2786      0003
DESC: MOTION TO
         SET ASIDE INTERLOCUTORY ORDER
         DENYING COUNTER PLAINTIFF'S MOTION FOR
         SANCTIONS

00272    12/06/2011         2074    2789      0004
DESC: MOTION TO
         SECOND MOTION

00273    12/06/2011         2074    2793      0007
DESC: OBJECTION
         TO ORDER

00274    12/06/2011         2074    5352      0002
DESC:
         LETTER FR ARMANDO TREVINO TO
         HON JONH A. HUTCHINSON III

00275    12/06/2011         2074    5354      0004
DESC: REQUEST FOR
         (JERRY VALDEZ) FOR A HEARING OF VARIOUS
         MOTIONS PREVIOUSLY FILED BY HIM

00276    12/06/2011         2074    5358      0002
DESC:
         LETTER FR ARMANDO TREVINO TO
         HON JOH A HUTCHISON III

00277    12/06/2011         2074    5360      0003
DESC: MOTION FOR
         (RENEWED) WRITTEN RULINGS ON MOTIONS
         FILED BY JERRY VALDEZ

00278    12/19/2011         2075    1673      0003
DESC: MOTION TO
         SET ASIDE INTERLOCUTORY ORDER
         DENYING COUNTER-PLAINTIFF'S MOTION FOR
         SANCTIONS

00279    12/19/2011         2075    1676      0007
DESC: MOTION FOR NEW TRIAL
         REGARDING ORDER GRANTING COUNTER-
         DEFENDANT'S MOTION FOR SUMMARY
         JUDGMENT

00281    12/23/2011         2075    4846      0001
DESC: COURT CORRESPONDENCE

COURT OF APPEALS

00280    12/28/2011        2075    5144        0001
DESC:

COURT OF APPEALS KEITH. HOTTLE

00282    01/09/2012        2075    9918        0002
DESC: COURT CORRESPONDENCE

FROM FOURTH COURT OF APPEALS TO-ARMANDO
TREVINO, DINAH L GAINES,JOHN A
HUTCHISON III, GERARD RICKHOFF,GEORGE H.
SPENCER

00283    01/10/2012        2076    1772        0004
DESC: COMPLAINT

REGARDING ORDER ENTERED WITHOUT NOTICE
OR WITHOUT AN EVIDENTIARY HEARING

00284    01/10/2012        2076    1776        0002
DESC: COURT CORRESPONDENCE

ATTORNEY TO JUDGE HUTCHISON

00285    01/10/2012        2076    1778        0004
DESC: MOTION FOR

SECOND CONFERENCE PURSUANT TO RULE 166
OF THE TEXAS RULES OF CIVIL PROCEDURE

00286    01/10/2012        2076    1782        0020
DESC: ANSWER

FIRST AMENEDED TO ROBERTSON'S CLAIM,
FIRST AMENDED ANSWER TO ORIGINAL
PETITION,AND FIRST AMENDED COUNTER-CLAIM
AGAINST ROBERTSON

00287    01/10/2012        2076    1802        0005
DESC: MOTION TO SET DOCKET

AND TO ENTER WRITTEN RULINGS ON NUMEROUS
MOTIONS FILED BY JERRY VALDEZ

00288    01/10/2012        2076    1807        0002
DESC: COURT CORRESPONDENCE

ARMANDO TREVINO,ATTY TO JUDGE HUTCHISON

00289    01/10/2012        2076    1809        0016
DESC: SUPPLEMENTAL

TO MOTION FOR SUMMARY JUDGMENT

00292    01/12/2012        2076    7266        0005
DESC: OBJECTION

SECOND SET OF ROBERT ROBERTSON'S CONTEST
OF THE 1997 WILL

00293    01/12/2012        2076    7271        0004
DESC: RESPONSE

DEFEMDAMT BRUCE ROBERTSON,JR TO
PLAINTIFF'S FIRST AMENDED SET OF REQUEST
FOR ADMISSIONS

00294    01/25/2012        2077    1627        0002
DESC: ANSWER

FIRST SUPPLEMENTAL OF COUNTER-DEFENDANT
BRUCE ROBERTSON

00296    02/02/2012        2077    5883        0002
DESC: COURT CORRESPONDENCE

FROM ARMANDO TREVINO, ATTY TO JUDGE
HUTCHISON

00297    02/03/2012        2077    5385      0002
DESC:
EFFECT OF DENIAL FO APPLICATION FOR
WRIT OF MANDAMUS

00298    02/03/2012        2077    5387      0003
DESC: MOTION TO DISMISS
ROBERTSON'S PETITION AGAINST ROGERS

00299    02/03/2012        2077    5390      0004
DESC:
SPECIAL EXCEPTIONS TO WILL CONTEST FILED
BY BRUCE ROBERTSON, JR

00300    02/03/2012        2077    5394      0004
DESC: MOTION TO DISMISS
WILL CONTEST FOR LACK OF JURISDICTION

00305    02/03/2012        2077    9916      0003
DESC: AMENDED
OPPOSITION AND CONTEST TO PROBATE OF
PURPORTED WILL AND APPLICATION TO
APPOINT INDEPENDENT EXECUTOR

00307    02/03/2012        2077    9923      0003
DESC: ORIGINAL ANSWER
FIRST AMENDED; TO WILL CONTEST

00308    02/03/2012        2077    9926      0006
DESC: MOTION FOR
CONTINUCE

00306    02/08/2012        2077    9919      0004
DESC: RESPONSE
CONTESTANT'S TO PROPONENT'S MOTION FOR
SUMMARY JUDGMENT AND SUPPLEMENT THERETO

00303    02/10/2012        2077    9462      0002
DESC: COURT CORRESPONDENCE
FROM ARMANDO TREVINO, ATTY

00304    02/10/2012        2077    9464      0003
DESC: MOTION FOR NEW TRIAL

00309    02/10/2012        2078    2286      0001
DESC: COURT CORRESPONDENCE
COURT OF APPEALS

00310    02/16/2012        2078    8365      0002
DESC: NOTICE
OF APPEAL

00311    02/21/2012        2078    8367      0002
DESC: CERTIFICATE
OF WRITTEN DISCOVERY

00312    02/23/2012        2078    7297      0002
DESC: COURT CORRESPONDENCE
FROM FOURTH COURT OF APPEALS (IN RE:
JERRY VALDEZ' MOTION TO CORRECT)

00322    02/24/2012        2078    8950      0001
DESC: COURT CORRESPONDENCE
COURT OF APPEALS

00323     02/24/2012          2078     8951     0001
DESC: COURT CORRESPONDENCE
         COURT OF APPEALS

00313     02/28/2012          2078     9418     0002
DESC: COURT CORRESPONDENCE
         FROM ARMANDO TREVINO ATTY

00314     02/28/2012          2078     9420     0003
DESC: MOTION FOR NEW TRIAL
         DURING COURT'S PLENARY JURISDICTION

00315     02/28/2012          2078     9423     0002
DESC: COURT CORRESPONDENCE
         FR. ARMANDO TREVINO

00316     02/28/2012          2078     9425     0002
DESC: NOTICE DISMISSAL
         OF APPLICATION TO BE APPOINTED INDEPEND-
         ENT EXECUTOR OR EXECUTRIX

00317     02/28/2012          2078     9427     0002
DESC: MOTION TO
         ENTER ORDER REGARDING RULE 166 HEARING

00318     02/28/2012          2078     9429     0003
DESC: COURT CORRESPONDENCE
         FR. ARMANDO TREVINO,ATTY

00319     02/28/2012          2078     9432     0010
DESC: OBJECTION
         TO ORDER THAT HE JOIN ALL THE CHILDREN
         OF MARTHA JANE VALDEZ; JERRY VALDEZ'S

00320     02/28/2012          2078     9442     0003
DESC:
         ADOPTION OF DOROTHY H. MELLO'S OBEJECT-
         IONS TO CLAIM OF BRUCE ROBERTSON,JR. AND
         REQUEST FOR A HEARING

00321     02/28/2012          2078     9454     0002
DESC: COURT CORRESPONDENCE
         FROM ARMANDO TREVINO,ATTY

00324     03/02/2012          2079     5448     0001
DESC: RECEIPT
         APPELLANT'S DOCKETING STATEMENT (COURT
         OF APPEALS)

00325     03/02/2012          2079     5541     0005
DESC:
         LETTER FR JERRY VALDEZ TO HON. KEITH
         E. HOTTLE

00326     03/16/2012          2080     1365     0003
DESC: CONTESTANT'S
         RESPONSE TO JERRY VALDEZ' OBJECTION TO
         ORDER THAT HE JOIN ALL THE CHILDREN OF
         MARTHA JANE VALDEZ

00327     03/27/2012          2080     8168     0001
DESC: COURT CORRESPONDENCE
         FROM FOURTH COURT OF APPEALS

00328     04/13/2012          2082     2656     0004
DESC: ORIGINAL ANSWER

22

                    TO BRUCE ROBERTSON'S AMENDED OPPOSITION
                    TO PROBATE OF PURPORTED WILL AND TO
                    APPOINT IND. EXECUTOR

00329    04/13/2012              2082      2654         0002
         DESC: MOTION TO DISMISS
                    MOTION FOR COLLECTION OF AMOUNT OF
                    SUPERSEDEAS BOND AND FOR DEPOSIT IN
                    DECEDENT'S ESTATE

00330    04/13/2012              2082      2659         0005
         DESC: SPECIAL EXCEPTIONS
                    TO AMENDED OPPOSITIONTO PROBATE OF 1997
                    WILL OF MARTHA JANE VALDEZ

00331    04/13/2012              2082      2664         0002
         DESC: MEMORANDUM
                    FR. ARMANDO TREVINO ATTY

00332    04/17/2012              2082      4848         0001
         DESC: MEMORANDUM
                    COURT OF APPEALS;APPELLEE'S MOTION FOR
                    EXTENSION OF TIME TO FILE BRIEF

00333    04/25/2012              2083      1969         0002
         DESC: COURT CORRESPONDENCE
                    FR. JOHN A. HUTCHISON,III

00334    05/02/2012              2083      5156         0001
         DESC: COURT CORRESPONDENCE
                    FROM FOURTH COURT OF APPEALS

00335    05/07/2012              2083      7163         0001
         DESC: COURT CORRESPONDENCE
                    FROM COURT APPEALS

00336    05/09/2012              2083      8817         0014
         DESC:
                    TELEPHONIC HEARING TAKEN 04-12-2012

00337    05/14/2012              2084      1925         0002
         DESC: COURT CORRESPONDENCE
                    LETTER TO JUDGE HUTCHISON FROM ARMANDO
                    TREVINO

00338    05/14/2012              2084      1927         0066
         DESC: MOTION FOR SUMMARY JUDGMENT
                    AND REQUEST FOR ATTORNEY'S FEES (JERRY
                    VALDEZ'S FIRST AMENDED)

00339    05/14/2012              2084      1993         0007
         DESC: SUPPLEMENTAL
                    TO JERRY VALDEZ'S OPPOSITION TO THE
                    JOINING OF HIS SIBLINGS AS CONTESTANTS
                    TO THE WILL

00340    05/14/2012              2084      2000         0006
         DESC: RESPONSE
                    OPPOSING COURT ORDER THAT ALL HEIRS OF
                    MARTHA JANE VALDEZ BE JOINED AS
                    CONTESTANTS TO HER WILL (VERIFIED)

00341    05/14/2012              2084      2009         0004
         DESC: SUPPLEMENTAL
                    TO JERRY VALDEZ'S OPPOSITION TO THE

JOINING OF HIS SIBLINGS AS CONTESTANTS
TO THE WILL

00343    05/29/2012         2085      4377      0004
DESC:
TRAVERSE TO BRUCE ROBERTSON'S ATTEMPT
TO FORCE JERRY VALDEZ TO JOIN THE
SURVIVORS OF MARTHA JANE VALDEZ AS
PARTIES TO THE WILL CONTEST

00344    06/01/2012         2085      4381      0001
DESC: COURT CORRESPONDENCE
APPELLEE'S MOTION FOR EXTENSION TO FILE
BRIEF

00342    06/27/2012         2086      9028      0003
DESC: MEMORANDUM

00346    06/27/2012         2086      9031      0006
DESC: APPL. FOR TEMPORARY ADMINISTRA
(VERIFIED)

00345    06/29/2012         2087      2818      0001
DESC:
LETTER FROM 4TH COURT OF APPEALS

00350    07/05/2012         2087      4795      0002
DESC:
FOUTH COURTS OF APPEAL

00347    07/09/2012         2087      6042      0041
DESC: MOTION FOR
FOR SUMMARY JUDGMENT ON ROBERTSON'S
CLAIM AGAINST DECEDENTS ESTATE

00348    07/09/2012         2087      7013      0005
DESC: SUPPLEMENTAL ANNUAL ACCOUNT
FIRST; FOR SUMMARY JUDGMENT

00349    07/09/2012         2087      7018      0002
DESC: CERTIFICATE
OF SERVICE; FROM ARMANDO TREVINO

00351    07/10/2012         2088      0752      0002
DESC: MEMORANDUM
TO BEXAR COUNTY CLERK FROM CLEMONS &
SPENCER, ATTORNEYS AT LAW
(IN RE: NOTICE OF APPEAL)

00353    07/11/2012         2088      3152      0001
DESC: MEMORANDUM
LTTR FROM COURT OF APPEALS

00352    07/17/2012         2088      3151      0001
DESC:
CERTIFICATION OF COMPENSATION AND
EXPENSES OF ASSIGNED STATUTORY PROBATE
JUDGE MINUTE ORDER 2010-43

00359    07/27/2012         2089      4395      0001
DESC: COURT CORRESPONDENCE
FROM 4TH COURT OF APPEALS

00360    08/02/2012         2089      6925      0001
DESC: COURT CORRESPONDENCE
FROM 4TH COURT OF APPEALS

24

00354     08/03/2012        2088     9959        0003
DESC: RESPONSE
          TO BRUCE ROBERTSONS ATTEMPT TO FORCE
          JERRY VALDEZ TO JOIN THE SURVIVORS TO
          THE WILL CONTEST

00355     08/03/2012        2088     9963        0002
DESC: MOTION TO
          SPECIFY MATTERS SET FOR 8/27/2012

00356     08/03/2012        2088     9965        0004
DESC: COURT CORRESPONDENCE

00361     08/03/2012        2089     6926        0001
DESC: REQUEST FOR
          POST NOTICE

00362     08/03/2012        2089     6927        0001
DESC: COURT CORRESPONDENCE
          FROM FOURTH COURT OF APPEALS

00358     08/07/2012        2089     3265        0002
DESC: COURT CORRESPONDENCE
          HON JOHN A HUTCHISON III

00363     08/07/2012        2089     6928        0002
DESC: COURT CORRESPONDENCE
          FROM 4TH COURT OF APPEALS

00357     08/09/2012        2089     3230        0001
DESC: NOTICE OF APPL
          FOR APPOINTMENT AS TEMPORARY
          ADMINISTRATOR

00364     08/24/2012        2093     4952        0001
DESC: COURT CORRESPONDENCE
          LTTR FROM 4TH COURT OF APPEALS

00365     09/18/2012        2094     4402        0022
DESC: PETITION FOR
          WRIT OF MANDAMUS FRM 4TH CRT OF APPEALS

00366     09/18/2012        2094     4434        0075
DESC:
          APPENDIX FRM 4TH CRT OF APPEALS

00367     10/16/2012        2096     3248        0005
DESC: MOTION TO
          RENEWED APPOINT AN ADMINISTRATOR OF
          DECEDENT'S ESTATE

00368     10/23/2012        2096     8362        0002
DESC: COURT CORRESPONDENCE
          FOURTH COURT OF APPEALS

00369     11/29/2012        2098     9821        0003
DESC: MOTION TO
          ENTER ORDER SETTING HEARINGS OR REFUSING
          TO SET HEARINGS

00370     03/26/2013        2106     0109        0002
DESC:
          LETTER FROM ARMANDO TREVINO ATTY TO
          GUY HERMAN JUDGE

00371     03/26/2013        2106     0111        0008
DESC:

VERIFIED MOTION FOR ACTION PURSUANT TO

SECTION 25.0022

00373    06/25/2013         2112    1183        0047

DESC: MOTION FOR SUMMARY JUDGMENT

FIRST AMENDED REGARDING ROBERTSON'S

ROBERTSON'S CLAIM AGAINST DECEDENT'S

ESTATE.

00374    07/11/2013         2112    9511        0003

DESC: AMENDED

OPPOSITION AND CONTEST TO PROBATE OF

PURPORTED WILL AND APPLICATION TO

APPOINT INDEPENDENT EXECUTOR.

00375    07/11/2013         2112    9514        0007

DESC: CONTESTANT'S

AMENDED RESPONSE TO JERRY VALDEZ'

OBJECTION TO ORDER THAT HE JOIN ALL OF

THE HEIRS AT LAW OF MARTHA JANE VALDEZ

AND MOTION FOR ENFORCEMENT OF SAID ORDER

00376    07/11/2013         2112    9521        0028

DESC: CONTESTANT'S

AMENDED RESPONSE TO PROPONENT'S FIRST

AMENDED MOTION FOR SUMMARY JUDGEMENT

AND REQUEST FOR ATTORNEY'S FEES

00377    07/31/2013         2114    2266        0002

DESC: MEMORANDUM

FROM ARMANDO TREVINO

00378    07/31/2013         2114    2268        0009

DESC: MOTION TO

RECUSE

00379    08/08/2013         2115    3393        0002

DESC: NOTICE

COURT FEGARDING JERRY VALDEZ' MOTION TO

RECUSE

00380    08/14/2013         2115    8259        0002

DESC: REQUEST FOR

FOR A HEARING OF THE MOTION TO RECUSE

THE HONORABLE JOHN A. MUTCHISON III.

00381    08/20/2013         2116    1014        0009

DESC: OBJECTION

AND RESPONSE TO JERRY VALDEZ MOTION TO

RECUSE

00383    08/28/2013         2116    6969        0005

DESC: MOTION

TRAVERSE TO THE RESPONSE TO THE RECUSAL

00384    08/28/2013         2116    6974        0002

DESC:

COVER LETTER FOR ARMANDO TREVINO

00385    08/28/2013         2116    6976        0002

DESC:

COVER LETTER FOR ARMANDO TREVINO

00386    09/12/2013         2118    0246        0001

DESC: COURT CORRESPONDENCE

FROM HON. JOHN HUTCHISON, III TO
GERARD RICKHOFF

00387   09/18/2013          2118    1158    0007
DESC: MOTION TO
        SET ASIDE ORDER THAT DENIED THE
        RECUSAL MOTION WITHOUT A HEARING

00388   09/18/2013          2118    1165    0005
DESC: APPL. FOR
        HEARINGS AND RULINGS ON UNHEARD MOTIONS
        AND MOTION FOR SANCTIONS

00389   09/27/2013          2118    8281    0003
DESC: MOTION TO
        SET ASIDE SEPT.9,2013, ORDER

00390   11/26/2013          2122    7769    0001
DESC: PROOF OF SERVICE CERTIFIED MAI
        NOTICE FROM SUPREME COURT OF TEXAS

00391   11/26/2013          2122    7770    0001
DESC: PROOF OF SERVICE CERTIFIED MAI
        NOTICE FROM SUPREME COURT OF TEXAS

00392   11/26/2013          2122    7771    0001
DESC: PROOF OF SERVICE CERTIFIED MAI
        NOTICE FROM SUPREME COURT OF TEXAS

00393   12/09/2013          2123    3245    0002
DESC: MANDATE

00394   12/10/2013          2123    4028    0002
DESC: COURT CORRESPONDENCE
        COURT OF APPEALS

00395   12/18/2013          2123    9714    0001
DESC: COURT CORRESPONDENCE
        FOURTH COURT OF APPEALS

00396   12/24/2013          2124    2883    0001
DESC: MEMORANDUM
        FROM JOHN A.HUTCHISON III TO SUSAN
        YEATTS.

00397   12/31/2013          2124    5611    0003
DESC: REQUEST FOR
        PREPARATION OF CLERK'S RECORD ON APPEAL

00398   12/31/2013          2124    5614    0002
DESC: RESPONSE
        AND OBJECTIONS TO JERRY VALDEZ'
        APPPLICATION FOR HEARINGS AND RULINGS

00399   01/17/2014          2125    3218    0002
DESC: MEMORANDUM
        FROM ARMANDO TREVINO TO CHERYL D. HESTER

00400   02/14/2014          2126    8729    0002
DESC:
        APPELLEE'S REQUEST FOR PREPARATION OF
        CLERK'S SUPPLEMENTAL RECORD ON APPEAL

00401   05/08/2014          2132    2018    0006
DESC: MOTION FOR
        MOTION TO ENTER APPEALABLE ORDERS
        REGARDING THE ADMISSION OF DECEDENT'S

27

WILL INTO PROBATE AND DENYING

APPLICATION TO BE APPOINTED INDEPENDENT

EXECUTOR

00402    06/05/2014          2133    9083        0002

DESC: MANDATE

00403    08/01/2014          2137    7798        0001

DESC: RECEIPT

OF EXHIBITS

PROBATE COURT #2

COURT REPORTER - VERONICA LUGO BOWLES

DATE OF HEARING - 03/02/2012

00404    08/27/2014          2140    6264        0003

DESC: DESIGNATION

OF CLERKS RECORD


                        * TRIAL    INFORMATION *

| SEQ | DATE FILED | COURT | SETT. DATE | TIME | ATTY |
|-----|-----------|-------|-----------|------|------|
| 00006 | 10/10/2008 | 002 | 10/27/2008 | 02:00PM | |

DESC: PROBATE HEARING

| 00012 | 11/14/2008 | 002 | 12/19/2008 | 01:30PM | AT |

DESC: ORDER SETTING HEARING

ON APPLICANT'S SPECIAL EXCEPTIONS

| 00014 | 12/05/2008 | 002 | 12/19/2008 | 01:30PM | |

DESC: ORDER SETTING HEARING

| 00018 | 12/10/2008 | 002 | 12/19/2008 | 01:30PM | |

DESC: ORDER SETTING HEARING

| 00021 | 12/19/2008 | 002 | 12/30/2008 | 03:00PM | |

DESC: PROBATE HEARING

MOTION TO SET ASIDE THE INTERLOCUTORY

ORDER OF 11/10/08 AUTHORIZING PAYMENT OF

FEES TO ATTY AD LITEM.

| 00026 | 03/10/2009 | 001 | 03/24/2009 | 11:30AM | |

DESC: ORDER SETTING HEARING

MOTION TO COMPEL AND FOR SANCTIONS

| 00029 | 04/15/2009 | 002 | 04/29/2009 | 09:30AM | |

DESC: ORDER SETTING HEARING

MOTION TO COMPEL AND FOR SANCTIONS

| 00032 | 04/27/2009 | 002 | 05/06/2009 | 10:30AM | |

DESC: ORDER SETTING HEARING

1ST AMENDED MOTION TO COMPEL CONTESTANT

TO ANSWER DISCOVERY REQUESTS.

| 00034 | 04/27/2009 | 001 | 05/06/2009 | 10:00AM | |

DESC: ORDER SETTING HEARING

MOTION FOR CONTINUANCE

| 00040 | 05/26/2009 | 002 | 06/24/2009 | 10:00AM | AT |

DESC: PROBATE HEARING

ON MOTION TO ENTER ORDER GRANTING

| 00038 | 05/27/2009 | 002 | 06/24/2009 | 10:00AM | AT |

DESC: PROBATE HEARING

ON THE OBJECTION TO ORDER REGARDING

MAY 6, 2009, HEARING AND COUNTER-MOTION

```
                    FOR SANCTIONS
00041   05/27/2009         002          06/24/2009 10:00AM     AT
        DESC: PROBATE HEARING
                    ON MOTION TO ENTER ORDER GRANTING
                    SANCTIONS
00044   06/16/2009         001          06/24/2009 09:45AM
        DESC: ORDER SETTING HEARING
                    MOTION TO RESCHEDULE ORAL DEPOSITION
00048   07/28/2009         002          10/01/2009 02:00PM
        DESC: ORDER SETTING HEARING
                    MOTION TO COMPEL AND FOR SANCTIONS
00050   07/28/2009         002          10/01/2009 02:00PM
        DESC: ORDER SETTING HEARING
                    MOTION FOR A RULE 166 CONFERENCE
00052   07/28/2009         002          10/01/2009 02:00PM
        DESC: ORDER SETTING HEARING
                    OBJECTIONS TO THE AFFIDAVITS OF ANGIE
                    CONTRERAS AND STELA PENA
00054   08/05/2009         002          08/05/2009 02:00PM
        DESC: ORDER SETTING HEARING
                    MOTION FOR PROTECTIVE ORDER
00058   09/25/2009         002          10/01/2009 02:00PM     BB
        DESC: PROBATE HEARING
                    ON DOROTHY MELLO'S MOTION TO COMPEL AND
                    FOR SANCTIONS
00062   10/23/2009         002          12/30/2009 02:00PM
        DESC: ORDER SETTING HEARING
00064   10/23/2009         002          12/30/2009 02:00PM
        DESC: ORDER SETTING HEARING
00068   11/23/2009         002          12/30/2009 02:00PM
        DESC: PROBATE HEARING
00080   12/29/2009         001          01/21/2010 09:30AM
        DESC: ORDER SETTING HEARING
                    MOTION FOR PARTIAL SUMMARY JUDGMENT WILL
                    BE HEARD BY WRITTEN SUBMISSION
00083   02/22/2010         002          03/02/2010 10:00AM
        DESC: PROBATE HEARING
00092   03/29/2010         001          05/25/2010 02:00PM
        DESC: NOTICE
                    OF HEARING MOTION FOR NEW TRIAL FILED
                    BY PROPONENT JERRY VALDEZ
00094   05/07/2010         002          05/13/2010 02:00PM
        DESC: ORDER SETTING HEARING
00098   05/20/2010         002          06/08/2010 10:00AM
        DESC: ORDER SETTING HEARING
00133   10/07/2010         002          10/07/2010 09:30AM
        DESC: HEARING HELD
                    MTN FOR CONTINUANCE
00156   12/15/2010         002          12/15/2010 11:00AM
        DESC: HEARING HELD
                    APP FOR TEMP ADMINISTRATION
00196   04/18/2011         001          02/13/2012 09:00AM
        DESC: ORDER SETTING HEARING
```

WILL CONTEST

00261    10/11/2011        002            11/16/2011 01:30PM
         DESC: ORDER SETTING HEARING
                MOTION TO SET FACT-FINDING HEARING
                PURSUANT TO JUDGMENT OF COURT OF APPEALS
00290    01/19/2012        002            02/03/2012 11:00AM
         DESC: ORDER SETTING HEARING
00291    01/21/2012        002            02/03/2012 11:00AM
         DESC: ORDER SETTING HEARING
00301    02/06/2012        002            06/25/2012 09:00AM    JAH
         DESC: ORDER SETTING HEARING
00302    02/09/2012        002            06/25/2012 09:00AM
         DESC: ORDER SETTING HEARING
00372    04/15/2013        002            07/22/2013 02:00PM
         DESC: ORDER SETTING HEARING

                    * O R D E R    I N F O R M A T I O N *

| SEQ | DATE FILED | JUDGE NAME | VOLUME | PAGE | PAGE CNT | AMOUNT | SOF |
|-----|-----------|------------|--------|------|----------|--------|-----|
| 00001 | 12/30/2008 | TOM RICKHOFF | 0901 | 1235 | 0001 | 0.00 | |

         DESC: ORDER OF
               REFERRAL

| 00002 | 06/02/2009 | POLLY JACKSON SPENCE | 2022 | 4952 | 0003 | 0.00 | |

         DESC: ORDER
                ON PROPONENT'S SPECIAL EXCEPTIONS 2, 3,
                4, AND 6 ARE SUSTAINED AND 1, 5, AND 7
                ARE DENIED.

| 00003 | 06/24/2009 | TOM RICKHOFF | 2023 | 6230 | 0003 | 0.00 | |

         DESC: ORDER GRANTING
                CONTESTANT'S MOTIONS FOR SANCTIONS

| 00004 | 11/16/2009 | TOM RICKHOFF | 2031 | 4198 | 0001 | 0.00 | |

         DESC: ORDER
                MOTION OF PROPONENT JERRY VALDEZ TO DROP
                THE HEARING OF THE MOTIONS SET FOR
                NOVEMBER 10,2009

| 00005 | 02/01/2010 | POLLY JACKSON SPENCE | 2035 | 1601 | 0001 | 0.00 | |

         DESC: ORDER
                OVERRULING PROPONENT'S MOTION FOR
                PARTIAL SUMMARY JUDGMENT IN WILL CONTEST

| 00006 | 02/10/2010 | POLLY JACKSON SPENCE | 2035 | 8029 | 0006 | 0.00 | |

         DESC: ORDER APPROVING
                CHARGE OF THE COURT

| 00007 | 03/02/2010 | POLLY JACKSON SPENCE | 2056 | 7441 | 0002 | 0.00 | |

         DESC: JUDGMENT
                DENYING APPLICATIONS TO PROBATE TWO
                WILLS

| 00008 | 03/03/2010 | POLLY JACKSON SPENCE | 2036 | 8130 | 0001 | 0.00 | |

         DESC: ORDER APPROVING
                PROPONENT'S REQUESTED JURY QUESTIONS,
                INSTRUCTIONS AND DEFINITIONS

| 00009 | 06/11/2010 | POLLY JACKSON SPENCE | 2043 | 4792 | 0002 | 0.00 | |

         DESC: ORDER

---

OF RECUSAL AND ORDER OF REFERRAL UNDER

SECTION 25.00255 TEXAS GOVERNMENT CODE

00010 06/11/2010 POLLY JACKSON SPENCE    2043  4792   0001    0.00

DESC: ORDER

OF RECUSAL AND ORDER OF REFERRAL

UNDER SECTION 25.00255 TEXAS GOVERNMENT

CODE

00011 06/30/2010 SANDEE BRYAN MARION    2044  9482   0001    0.00

DESC: ORDER

THE APPELLANT'S MOTION TO ABATE APPEAL

IS HEREBY MOOT.

00012 10/01/2010 JOHN HUTCHINSON    2049  8804   0001    0.00

DESC: ORDER AUTHORIZING

BRUCE ROBERTSON, JR., WITHDRAW AS

ATTORNEY OF RECORD

00013 10/07/2010 JOHN HUTCHINSON    2050  0643   0001    0.00

DESC: ORDER GRANTING

CONTINUANCE WAS DENIED

00014 10/11/2010 JOHN HUTCHINSON    2050  5402   0002    0.00

DESC: JUDGMENT

(FINAL SUMMARY)

00015 12/15/2010 JOHN HUTCHINSON    2053  7152   0001    0.00

DESC: ORDER DENYING

MOTION FOR NEW TRIAL

00016 01/03/2011 JOHN HUTCHINSON    2054  3328   0002    0.00

DESC: ORDER

REINSTATING PLAINTIFF'S MOTIONS

00017 01/04/2011 JOHN HUTCHINSON    2054  7044   0003    0.00

DESC: ORDER APPOINTING TEMPORARY ADM

00018 01/06/2011 JOHN HUTCHINSON    2054  7044   0004    0.00

DESC: ORDER APPOINTING TEMPORARY ADM

PENDING CONTEST OF WILL

00019 01/13/2011 JOHN HUTCHINSON    2055  0848   0002  10000.00

DESC: ORDER APPROVING BOND

00020 04/20/2011 JOHN HUTCHINSON    2061  5135   0001    0.00

DESC: ORDER

OVERRULING OBJECTIONS TO PROPOSED ORDER

00021 07/13/2011 JOHN HUTCHINSON    2065  8926   0001    0.00

DESC: ORDER DENYING

JERRY VALDEZ REQUEST FOR FINDINGS OF

FACT AND CONCLUSION OF LAW

00022 09/22/2011 JOHN HUTCHINSON    2069  9271   0002    0.00

DESC: ORDER APPROVING

RESIGNATION OF TEMPORARY ADMINISTRATOR

00023 09/30/2011 JOHN HUTCHINSON    2070  7036   0001  253.77  7

DESC: ORDER AUTHORIZING

00024 09/30/2011 JOHN HUTCHINSON    2070  7036   0001    0.00

DESC: ORDER TERMINATING

00025 11/10/2011 JOHN HUTCHINSON    2072  8621   0002    0.00

DESC: ORDER APPROVING

TEMPORARY ADMINISTRATOR'S ACCOUNT

FOR FINAL SETTLEMENT AND AUTHORIZING

---

EXPENDITURES

00026  11/10/2011  JOHN HUTCHINSON          2073  0519  0001    0.00
DESC: ORDER DENYING
        JERRY VALDEZ MOTION TO ABIDE AND TO
        ENFORCE MANDATE AND SETTLEMENT AGREEMENT

00027  11/21/2011  JOHN HUTCHINSON          2073  7480  0002    0.00
DESC: ORDER
        DENYING COUNTER-PLANITIFF JERRY VALDEZ
        MOTION FOR SANCTIONS

00028  11/21/2011  JOHN HUTCHINSON          2073  7482  0002    0.00
DESC: ORDER GRANTING
        COUNTER-DEFENDANTS MOTION FOR SUMMARY
        JUDGMENT

00029  01/19/2012  JOHN HUTCHINSON          2076  5915  0002    0.00
DESC: ORDER
        SETTING HEARING

00031  01/20/2012  JOHN HUTCHINSON          2076  8358  0002    0.00
DESC: ORDER
        SETTING HEARING

00030  01/21/2012  JOHN HUTCHINSON          2076  7049  0002    0.00
DESC: AGREED ORDER
        SETTING HEARING

00033  02/03/2012  JOHN HUTCHINSON          2077  9914  0001    0.00
DESC: ORDER AUTHORIZING DISMISSAL
        PETITION AGAINST ROGERS ; AND DENIES

00034  02/03/2012  JOHN HUTCHINSON          2077  9915  0001    0.00
DESC: ORDER APPROVING INVENTORY

00035  02/10/2012  JOHN HUTCHINSON          2078  2814  0001    0.00
DESC: ORDER
        PURSUANT TO RULE 39

00032  02/13/2012  JOHN HUTCHINSON          2077  9645  0001    0.00
DESC: AGREED ORDER
        PURSUANT TO RULE 39

00036  02/20/2012  JOHN HUTCHINSON          2078  8619  0003    0.00
DESC: ORDER
        ON VARIOUS MOTIONS, OBJECTIONS & OTHER M
        ATTERS

00037  04/24/2012  JOHN HUTCHINSON          2083  0986  0001    0.00
DESC: ORDER
        OF DISMISSAL WITHOUT PREJUDICE

00045  06/19/2012  TOM RICKHOFF             2086  2851  0002    0.00
DESC: JUDGMENT
        FINAL JUDGMENT IN BRUCE ROBERTSON'S
        CLAIM FOR ATTORNEY'S FEES

00038  06/26/2012  TOM RICKHOFF             2087  0758  0001    0.00
DESC: ORDER DENYING
        MOTION TO SET ASIDE INTERLOCUTORY
        ORDER DENYING COUNTER-PLAINTIFF'S MOTION
        FOR SANCTIONS
        SIGNED BY JOHN A. HUTCHISON III

00039  08/07/2013  JOHN HUTCHINSON          2114  9918  0001    0.00
DESC: ORDER REQUIRING

                    JOINDER OF THE HEIRS OF THE DECEDENT

                    AS PARTIES TO THIS CAUSE

00040  08/07/2013  JOHN HUTCHINSON          2114  9920  0002      0.00

       DESC: ORDER

                    OVERRULING JERRY VALDEZ 1ST AMENDED

                    MOTION FOR SUMMARY JUDGMENT AND

                    REQUEST FOR ATTORNEY'S FEES

00041  08/16/2013  JOHN HUTCHINSON          2116  3549  0001      0.00

       DESC: ORDER

                    DECLINING MOTION TO RECUSE AND ORDER OF

                    REFERRAL REQUESTING ASSIGNMENT OF A

                    JUDGE TO HEAR THE MOTION TO RECUSE

                    JUDGE JOHN A. HUTCHISON, III

00042  09/09/2013  JOHN HUTCHINSON          2118  0247  0002      0.00

       DESC: ORDER

                    REQUIRING JOINDER OF THE HEIRS OF THE

                    DECEDENT AS PARTIES TO THIS CAUSE

                    REPLACES ORDER SIGNED AUG 5,2013

00043  09/09/2013  JOHN HUTCHINSON          2118  0249  0002      0.00

       DESC: ORDER

                    ORDER OVERRULING JERRY VALDEZ' FIRST

                    AMENDED MOTION FOR SUMMARY JUDGEMENT

                    AND REQUEST FOR ATTORNEY'S FEES

                    REPLACES ORDER SIGNED 08-05-2013

00044  05/21/2014  JOHN HUTCHINSON          2140  6392  0002      0.00

       DESC: ORDER

                    DISMISSING JERRY VALDEZ'S APPLICATION

                    TO ADMIT WILL INTO PROBATE


                    * B O N D    I N F O R M A T I O N *

SEQ     DATE FILED   PRINCIPAL


00001   01/18/2011   MARCUS P. ROGERS

   AGENT: SHERRI SCHRAER                              AMOUNT:    10000.00

   SURETY: CAPITOL INDEMNITY CORPORATION

   REASON: ADMINISTRATOR OF ESTATE                    FORM: CORP

   RELEASE DATE:

FILED
IN MATTERS PROBATE

2014 OCT 17 AM 9: 28

GERRY J RICKHOFF
CLERK - PROBATE COURTS
BEXAR COUNTY, TEXAS

DEPUTY

NO. 2008-PC-3026

IN THE ESTATE OF

MARTHA JANE VALDEZ,

DECEASED

IN THE PROBATE COURT

NUMBER ONE

BEXAR COUNTY, TEXAS

## APPELLEE'S REQUEST FOR PREPARATION OF
## CLERK'S SECOND SUPPLEMENTAL RECORD ON APPEAL

To:   Honorable Gerry Rickhoff
      Bexar County Clerk
      Probate Section
      Bexar County Courthouse
      San Antonio, Texas 78205

Bruce Robertson, Jr., the Appellee in this cause now on appeal, requests that the following documents in your file be included in the clerk's second supplemental record to be filed with the First Court of Appeals in Houston (Cause No. 01-14-00563-CV) on or before October 23, 2014.

1.   Plaintiff's Original Petition filed on June 21, 2011.

2.   Order signed by Judge Tom Rickhoff on September 5, 2012, in Cause No. 2007-PC-2303, styled *In re the Guardianship of Martha Jane Valdez, an Incapacitated Person*, Volume 2093, Page 6894. (This is in Probate Court No. 2.)

3.   Appellee's Request for Preparation of Clerk's Second Supplemental Record on Appeal (this document).

If you have questions about this request, please, let me know.

Dated this _17_ day of October, 2014.

Respectfully submitted,

_Bruce Robertson Jr_

BRUCE ROBERTSON, JR.
T.S.B.N. 17078000
8100 Broadway, Suite 102
San Antonio, Texas 78209
(210) 225-4001 Telephone
(210) 224-2417 Facsimile
brucerobertsonlaw@sbcglobal.net
Attorney and ProSe

## Certificate of Service

I certify that a true copy of this request has been served upon Mr. Armando Trevino, attorney

of record for Jerry Valdez, by facsimile transmission on this 17 day of October, 2014.

_Bruce Robertson Jr_

BRUCE ROBERTSON, JR.

# BRUCE ROBERTSON, JR.
## ATTORNEY AT LAW

8100 Broadway, Suite 102
San Antonio, Texas 78209
(210) 225-4001 Telephone
(210) 224-2417 Facsimile
brucerobertsonlaw@sbcglobal.net

Board Certified
Civil Trial Law
Texas Board Legal Specialization

Board Certified
Personal Injury Trial Law
Texas Board Legal Specialization

October 22, 2014

Mr. Armando Trevino
Ramos - Trevino
1519 Washington Street
Laredo, Texas 78042

> Re:  No. 2008-PC-3026
> Probate Court No. Two, Bexar County, Texas

Dear Mr. Trevino:

Enclosed is Appellee's Request for Preparation of Clerk's Second Supplemental Record on Appeal. We have been unsuccessfully trying to send this to you by fax.

Yours truly,

Bruce Robertson, Jr.